KAREN P. HEWITT
United States Attorney
DAVID M. McNEES
Special Assistant U.S. Attorney
California State Bar No. 216612
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5979
E-mail: david.mcnees@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE 2006 MERCEDES BENZ CLS 55 AMG SEDAN, CA LICENSE NO. 5WRK364, VIN WDDDJ76X96A063392, ITS TOOLS AND APPURTENANCES,<br><br>ONE 2006 LAND ROVER RANGE ROVER SUV, CA LICENSE NO. 5TYZ993, VIN SALMF13486A224651, ITS TOOLS AND APPURTENANCES,<br><br>ONE 2007 FORD F350 TRUCK, CA LICENSE NO. 8F10442, VIN 1FTWW33P87EA32632, ITS TOOLS AND APPURTENANCES,<br><br>ONE ROLEX WATCH, MODEL NO. 118235537B7385, SERIAL NO. P640864,<br><br>$8,000.00 IN U.S. CURRENCY,<br><br>ONE 2006 SEADOO RXP WATERCRAFT, CA LICENSE NO. 7215RH, VIN YDV33810A606, ITS TOOLS AND APPURTENANCES,<br><br>ONE 2005 YAMAHA WAVE RUNNER WATER CRAFT AND FETRA TRAILER, CA LICENSE NO. 8728RD, VIN YAMA3350B505, ITS TOOLS AND APPURTENANCES,<br><br>Defendants. | Civil No. 07CV 2335 WQH NLS<br><br>COMPLAINT FOR FORFEITURE |

2007v00557:DMM:mia

By way of complaint against the defendants,

    ONE 2006 MERCEDES BENZ CLS 55 AMG SEDAN, CA LICENSE NO. 5WRK364, VIN WDDDJ76X96A063392, ITS TOOLS AND APPURTENANCES,

    ONE 2006 LAND ROVER RANGE ROVER SUV, CA LICENSE NO. 5TYZ993, VIN SALMF13486A224651, ITS TOOLS AND APPURTENANCES,

    ONE 2007 FORD F350 TRUCK, CA LICENSE NO. 8F10442, VIN 1FTWW33P87EA32632, ITS TOOLS AND APPURTENANCES,

    ONE ROLEX WATCH, MODEL NO. 118235537B7385, SERIAL NO. P640864,

    $8,000.00 IN U.S. CURRENCY,

    ONE 2006 SEADOO RXP WATER CRAFT, CA LICENSE NO. 7215RH, VIN YDV33810A606, ITS TOOLS AND APPURTENANCES, and

    ONE 2005 YAMAHA WAVE RUNNER WATER CRAFT AND FETRA TRAILER, CA LICENSE NO. 8728RD, VIN YAMA3350B505, ITS TOOLS AND APPURTENANCES,

(hereinafter "defendants"), the United States of America alleges:

1. This Court has jurisdiction over this action by virtue of the provisions of Title 28, United States Code, Sections 1345 and 1355, and Title 21, United States Code, Section 881.

2. Venue is proper in this district pursuant to Title 21, United States Code, 881(j) because the acts or omissions giving rise to the forfeiture occurred in this district.

3. Beginning in August 2006, the Drug Enforcement Administration's San Diego's field division conducted an investigation into the international drug trafficking organization of Eztor Placencia ("Placencia") and Carlos Marroquin ("Marroquin"). The investigation revolved around intercepting phone calls between a number of individuals involved in the importation and distribution of cocaine. To date the investigation has led to the seizure of over 400 kilograms of cocaine, 3,300 pounds of marijuana, and $800,000 in U.S. Currency.

During the investigation agents were able to identify Placencia as a high-level narcotics dealer. At one point agents obtained a search warrant for a residence, and, as they were about to serve the search warrant, Placencia drove into the area in a maroon Infinity. Agents believed he was transporting

1  cocaine at that time. Agents allowed him to leave to protect the integrity of the investigation. Once the
2  warrant was served, agents located approximately 45 kilograms of cocaine at that location. Wiretaps
3  also allowed agents to listen to and record many conversations Placencia participated in which involved
4  the importation and distribution of cocaine. Many of these conversations were followed up with
5  investigation to confirm what the agents had heard, and to show that Placencia was involved in the
6  distribution of cocaine.

7        Agents obtained a search warrant for Placencia's residences. At his residence in Chula Vista,
8  agents seized $8,000.00 in U.S. Currency. At his residence in Yorba Linda, agents seized a Rolex
9  watch, a 2007 Ford F-350 truck, a 2006 Mercedes Benz, a 2006 Land Rover, a 2006 SeaDoo watercraft,
10 and a 2005 Yamaha Wave Runner. Placencia later stated that at least part of the Mercedes Benz
11 purchase was made with proceeds from narcotic trafficking. Placencia offered a few explanations as
12 to his legitimate income, but was able to provide very few details or any proof of this income.

13       After his arrest, Placencia consented to an interview by agents after being read his Miranda
14 rights. Placencia stated it was his responsibility to smuggle the cocaine into the United States from
15 Tijuana. In fact, he was supposed to accept delivery of approximately 200 kilograms the very next day.
16 He stated he was paid $800.00 per kilogram that he was able to smuggle into the United States.
17 Placencia explained in great detail how he successfully smuggles cocaine into the United States. The
18 cocaine was usually transported straight to Los Angeles after it was smuggled into the country. Agents
19 then asked Placencia about 9 kilograms of cocaine recently seized in New York. Placencia
20 acknowledged that he had purchased the 9 kilograms and had them transported to New York before they
21 were seized. He also admitted having purchased and delivered 13 kilograms of cocaine that had been
22 seized in Massachusetts in June 2007. Placencia further acknowledged that he had delivered the cocaine
23 that was seized by agents who had observed him in the maroon Infinity at the residence shortly before.
24 Placencia indicated that he had been involved in narcotic trafficking since 2003.

25       Placencia has been indicted in New York based on the seizure of 121 kilograms of cocaine and
26 is presently in custody.
27 //
28 //

3

<u>Count 1</u>

ONE 2006 MERCEDES BENZ CLS 55 AMG SEDAN

4. Paragraphs 1-3 are incorporated as a part hereof.

5. In and/or prior to August 2006, the Count 1 defendant vehicle was a thing of value furnished or intended to be furnished in exchange for a controlled substance or listed chemical in violation of Title 21 of the United States Code, Section 881.

6. Alternatively, in and/or prior to August 2006, the Count 1 defendant vehicle represented the proceeds of or proceeds traceable to an exchange for a controlled substance or listed chemical in violation of Title 21 of the United States Code, Section 881.

7. Alternatively, in and/or prior to August 2006, the Count 1 defendant vehicle was used to facilitate narcotics trafficking activities in violation of Title 21, United States Code, Section 881.

8. Because of the aforementioned acts or uses alleged herein, either singly or in combination, the Count 1 defendant vehicle is subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(6) and 881(a)(4).

9. The Count 1 defendant vehicle is presently stored within the jurisdiction of this Court.

10. The value of the Count 1 defendant vehicle is approximately $68,875.00.

<u>Count 2</u>

ONE 2006 LAND ROVER RANGE ROVER SUV

11. Paragraphs 1-3 are incorporated as a part hereof.

12. In and/or prior to August 2006, the Count 2 defendant vehicle was a thing of value furnished or intended to be furnished in exchange for a controlled substance or listed chemical in violation of Title 21 of the United States Code, Section 881.

13. Alternatively, in and/or prior to August 2006, the Count 2 defendant vehicle represented the proceeds of or proceeds traceable to an exchange for a controlled substance or listed chemical in violation of Title 21 of the United States Code, Section 881.

14. Alternatively, in and/or prior to August 2006, the Count 2 defendant vehicle was used to facilitate narcotics trafficking activities in violation of Title 21, United States Code, Section 881.

//

15. Because of the aforementioned acts or uses alleged herein, either singly or in combination, the Count 2 defendant vehicle is subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(6) and 881(a)(4).

16. The Count 2 defendant vehicle is presently stored within the jurisdiction of this Court.

17. The value of the Count 2 defendant vehicle is approximately $69,950.00.

## Count 3

### ONE 2007 FORD F350 TRUCK

18. Paragraphs 1-3 are incorporated as a part hereof.

19. In and/or prior to August 2006, the Count 3 defendant vehicle was a thing of value furnished or intended to be furnished in exchange for a controlled substance or listed chemical in violation of Title 21 of the United States Code, Section 881.

20. Alternatively, in and/or prior to August 2006, the Count 3 defendant vehicle represented the proceeds of or proceeds traceable to an exchange for a controlled substance or listed chemical in violation of Title 21 of the United States Code, Section 881.

21. Alternatively, in and/or prior to August 2006, the Count 3 defendant vehicle was used to facilitate narcotics trafficking activities in violation of Title 21, United States Code, Section 881.

22. Because of the aforementioned acts or uses alleged herein, either singly or in combination, the Count 3 defendant vehicle is subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(6) and 881(a)(4).

23. The Count 3 defendant vehicle is presently stored within the jurisdiction of this Court.

24. The value of the Count 3 defendant vehicle is approximately $59,000.00.

## Count 4

### ONE ROLEX WATCH

25. Paragraphs 1-3 are incorporated as a part hereof.

26. In and/or prior to August 2006, the Count 4 defendant watch was a thing of value furnished or intended to be furnished in exchange for a controlled substance or listed chemical in violation of Title 21 of the United States Code, Section 881.

//

27. Alternatively, in and/or prior to August 2006, the Count 4 defendant watch represented the proceeds of or proceeds traceable to an exchange for a controlled substance or listed chemical in violation of Title 21 of the United States Code, Section 881.

28. Because of the aforementioned acts or uses alleged herein, either singly or in combination, the Count 4 defendant watch is subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(6).

29. The Count 4 defendant watch is presently stored within the jurisdiction of this Court.

30. The value of the Count 4 defendant watch is approximately $19,000.00.

### Count 5
### $8,000.00 IN U.S. CURRENCY

31. Paragraphs 1-3 are incorporated as a part hereof.

32. In and/or prior to August 2006, the Count 5 defendant currency was a thing of value furnished or intended to be furnished in exchange for a controlled substance or listed chemical in violation of Title 21 of the United States Code, Section 881.

33. Alternatively, in and/or prior to August 2006, the Count 5 defendant currency represented the proceeds of or proceeds traceable to an exchange for a controlled substance or listed chemical in violation of Title 21 of the United States Code, Section 881.

34. Alternatively, in and/or prior to August 2006, the Count 5 defendant currency was used or was intended to be used to facilitate a violation of Title 21 of the United States Code, Section 881.

35. Because of the aforementioned acts or uses alleged herein, either singly or in combination, the Count 5 defendant currency is subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(6).

36. The Count 5 defendant currency is presently stored within the jurisdiction of this Court.

### Count 6
### ONE 2006 SEADOO RXP WATER CRAFT

37. Paragraphs 1-3 are incorporated as a part hereof.

//
//

| | |
|---|---|
| 1 | 38. In and/or prior to August 2006, the Count 6 defendant vehicle was a thing of value furnished or intended to be furnished in exchange for a controlled substance or listed chemical in violation of Title 21 of the United States Code, Section 881. |
| 4 | 39. Alternatively, in and/or prior to August 2006, the Count 6 defendant vehicle represented the proceeds of or proceeds traceable to an exchange for a controlled substance or listed chemical in violation of Title 21 of the United States Code, Section 881. |
| 7 | 40. Because of the aforementioned acts or uses alleged herein, either singly or in combination, the Count 6 defendant vehicle is subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(6). |
| 10 | 41. The Count 6 defendant vehicle is presently stored within the jurisdiction of this Court. |
| 11 | 42. The value of the Count 6 defendant vehicle is approximately $7,570.00. |

## Count 7

### ONE 2005 YAMAHA WAVE RUNNER WATER CRAFT

43. Paragraphs 1-3 are incorporated as a part hereof.

44. In and/or prior to August 2006, the Count 7 defendant vehicle was a thing of value furnished or intended to be furnished in exchange for a controlled substance or listed chemical in violation of Title 21 of the United States Code, Section 881.

45. Alternatively, in and/or prior to August 2006, the Count 7 defendant vehicle represented the proceeds of or proceeds traceable to an exchange for a controlled substance or listed chemical in violation of Title 21 of the United States Code, Section 881.

46. Because of the aforementioned acts or uses alleged herein, either singly or in combination, the Count 7 defendant vehicle is subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(6).

47. The Count 7 defendant vehicle is presently stored within the jurisdiction of this Court.

48. The value of the Count 7 defendant vehicle is approximately $7,390.00.

//
//
//

WHEREFORE, the United States prays that due process issue to enforce the forfeiture of the defendants, and that due notice be given to all interested parties to appear and show cause why said forfeiture should not be declared.

DATED: December 13, 2007.

                              KAREN P. HEWITT
                              United States Attorney

                              */s/ David McNees*

                              DAVID M. McNEES
                              Special Assistant U.S. Attorney

## VERIFICATION

I, Kyle Holley, hereby state and declare as follows:

1. I am a Special Agent with the United States Drug Enforcement Administration

2. I have read the foregoing complaint and know its contents.

3. The information in the complaint was furnished by official Government sources. Based on this information, I believe the allegations in the complaint to be true.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

Executed on 12-13-07.

KYLE HOLLEY, Special Agent
Drug Enforcement Administration

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| UNITED STATES OF AMERICA | 07 DONE 2006 (ONE 2006 MERCEDES BENZ CLS 55) AMG SEDAN, et al. |
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF San Diego (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____ (IN U.S. PLAINTIFF CASES ONLY) NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |

FILED
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ____ DEPUTY

'07 CV 2335 WQH NLS

| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| SAUSA DAVID M. McNEES<br>880 FRONT STREET, ROOM 6293<br>SAN DIEGO, CA 92101-8893<br>(619) 557-5979 | ELLIOTT N. KANTER, ESQ.<br>2445 FIFTH AVENUE, Suite 350<br>SAN DIEGO CA 92101<br>(619) 231-1883 |

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☒ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

TITLE 21, UNITED STATES CODE, SECTION 881(a)(6) and (a)(4)

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & | ☐ 365 Personal Injury - Product Liability | ☒ 625 Drug Related of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC |
| ☐ 150 Recovery of &Enforcement of Judgment | | ☐ 368 Asbestos Personal Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced Corrupt Organizations |
| ☐ 152 Recovery of Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 660 Occupational | SOCIAL SECURITY | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (13958) | |
| ☐ 153 Recovery of of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | LABOR | ☐ 862 Black Lung (923) | ☐ 850 Exchange |
| | ☐ 355 Motor Vehicle Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge |
| ☐ 160 Stockholders Suits | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic |
| ☐ 195 Contract Product | | | | FEDERAL TAX SUITS | ☐ 893 Environmental |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. or Defendant) | ☐ 894 Energy Allocation |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Habeas Corpus | ☐ 790 Other Labor | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 900 Appeal of Fee Under Equal Access to |
| ☐ 230 Rent Lease & | ☐ 443 | ☐ 530 General | | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of |
| ☐ 245 Tort Product | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory |
| ☐ 290 All Other Real | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prisoner Conditions | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removal from State Court
☐ 3 Remanded from Appelate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23    DEMAND $    Check YES only if demanded in complaint: JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See    JUDGE    Docket Number

DATE: 12/13/07

SIGNATURE OF ATTORNEY OF RECORD
DAVID M. McNEES, SAUSA
David McNees