```
 1  KAREN P. HEWITT
    United States Attorney
 2  DAVID M. McNEES
    Special Assistant U.S. Attorney
 3  California State Bar No. 216612
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-5979
    E-mail: david.mcnees@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

FILED
07 DEC 13 PM 3:08
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>ONE 2006 MERCEDES BENZ CLS 55<br>AMG SEDAN, CA LICENSE NO. 5WRK364,<br>VIN WDDDJ76X96A063392,<br>ITS TOOLS AND APPURTENANCES,<br><br>ONE 2006 LAND ROVER RANGE ROVER<br>SUV, CA LICENSE NO. 5TYZ993, VIN<br>SALMF13486A224651, ITS TOOLS AND<br>APPURTENANCES,<br><br>ONE 2007 FORD F350 TRUCK, CA LICENSE<br>NO. 8F10442, VIN 1FTWW33P87EA32632,<br>ITS TOOLS AND APPURTENANCES,<br><br>ONE ROLEX WATCH, MODEL NO.<br>118235537B7385, SERIAL NO. P640864,<br><br>$8,000.00 IN U.S. CURRENCY,<br><br>ONE 2006 SEADOO RXP WATERCRAFT,<br>CA LICENSE NO. 7215RH, VIN YDV33810A606,<br>ITS TOOLS AND APPURTENANCES,<br><br>ONE 2005 YAMAHA WAVE RUNNER<br>WATER CRAFT AND FETRA TRAILER,<br>CA LICENSE NO. 8728RD, VIN<br>YAMA3350B505, ITS TOOLS AND<br>APPURTENANCES,<br><br>              Defendants. | Civil No. 07 CV 2335 WQH NLS<br><br>EX PARTE MOTION TO APPOINT<br>THE UNITED STATES MARSHAL<br>AS CUSTODIAN AND TO DEPOSIT<br>DEFENDANT CURRENCY INTO<br>THE SEIZED ASSETS DEPOSIT<br>ACCOUNT |

1. COMES NOW the plaintiff, United States of America, and moves this Court for an exception to General Order 273 issued by this Court, that is, for an order appointing the United States Marshal as custodian of the defendants upon execution of the warrant of arrest in rem. In support of this motion, plaintiff states as follows:

1. The United States Marshals office has been staffed with personnel experienced in providing for the management of properties such as the defendants in this case.

2. The United States Marshal has consented to assume responsibility for the protection, maintenance, and safety of the defendants during the period the same remain in custodia legis.

3. The continued custody of the United States Marshal following execution of the warrant of arrest in rem is necessary and in the best interests of the plaintiff in this case, given the nature of the defendants and the expertise within the United States Marshals Service to provide for the management, protection and preservation of the defendants.

4. The United States Marshal has established an account, the Seized Assets Deposit Account, for the deposit of seized currency until further order of the Court. It is further requested that the United States Marshal place the defendant currency in the Seized Assets Deposit Account administered by the United States Marshal. In the event any of the defendant currency is ordered to be returned to any claimant, the Court may order the payment of interest thereon. Depositing seized currency in such an account is proper. See, United States v. $57,480.05, 722 F.2d 1457 (9th Cir. 1984) (placing seized cash in bank account was not improper). The account credit of tangible dollars will constitute an appropriate substitute for the original defendant currency (res). Id.

WHEREFORE, plaintiff respectfully requests that an exception to General Order No. 273 be granted permitting the appointment of the United States Marshal as custodian of the defendants and that the defendant currency be deposited in the aforementioned account and the res be therefore substituted in this action.

DATED: December 13, 2007

KAREN P. HEWITT
United States Attorney

*David McNees*

DAVID M. McNEES
Special Assistant U.S. Attorney