```
                                            FILED
                                        07 DEC 19 AM 9:27
                                        CLERK, U.S. DISTRICT COURT
                                        SOUTHERN DISTRICT OF CALIFORNIA

                                        BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

07 CV 2335 WQH NLS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE 2006 MERCEDES BENZ CLS 55 AMG SEDAN, CA LICENSE NO. 5WRK364, VIN WDDDJ76X96A063392, ITS TOOLS AND APPURTENANCES,<br><br>ONE 2006 LAND ROVER RANGE ROVER SUV, CA LICENSE NO. 5TYZ993, VIN SALMF13486A224651, ITS TOOLS AND APPURTENANCES,<br><br>ONE 2007 FORD F350 TRUCK, CA LICENSE NO. 8F10442, VIN 1FTWW33P87EA32632, ITS TOOLS AND APPURTENANCES,<br><br>ONE ROLEX WATCH, MODEL NO. 118235537B7385, SERIAL NO. P640864,<br><br>$8,000.00 IN U.S. CURRENCY,<br><br>ONE 2006 SEADOO RXP WATERCRAFT, CA LICENSE NO. 7215RH, VIN YDV33810A606, ITS TOOLS AND APPURTENANCES,<br><br>ONE 2005 YAMAHA WAVE RUNNER WATER CRAFT AND FETRA TRAILER, CA LICENSE NO. 8728RD, VIN YAMA3350B505, ITS TOOLS AND APPURTENANCES,<br><br>Defendants. | Civil No.<br><br>ORDER APPOINTING UNITED STATES MARSHAL AS CUSTODIAN AND DEPOSITING THE DEFENDANT CURRENCY INTO THE SEIZED ASSETS DEPOSIT ACCOUNT |

1  Upon a motion by plaintiff, United States of America, and it appearing that the United States
2  Marshal has consented to assume responsibility for the custody and maintenance of the defendant
3  properties during the time they remain in the custody of this Court under its process herein,
4  IT IS HEREBY ORDERED that upon the arrest of the defendant properties, the United States
5  Marshal shall be custodian of the defendant properties on behalf of this Court until further order, and
6  IT IS FURTHER ORDERED that the United States Marshal shall deposit the defendant currency
7  in the Seized Assets Deposit Account which shall be substituted as the res in this action.

DATED: 12/18/07

UNITED STATES DISTRICT JUDGE