1  ELLIOTT N. KANTER CSB#95054
   LAW OFFICES OF ELLIOTT N. KANTER
2  2445 5TH AVENUE, SUITE 350
   SAN DIEGO, CA 92101
3  TEL: 619-231-1883
   FAX: 619-234-4553
4
   Attorneys for DEFENDANTS/CLAIMANTS,
5  EZTOR PLACENCIA, MARGARITA PLACENCIA AND CAROLINA VARGAS

6

7

8                   UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,                CASE NO.  07-CV-2335 WQH NLS

11         Plaintiff,

12    v.                                    **ANSWER TO COMPLAINT FOR FORFEITURE**

13 ONE 2006 MERCE9DES BENZ CLS 55
   AMG SEDAN, CA LICENSE NO. 5WRK364,
14 VIN WDDDJ76X96A063392, ITS TOOLS AND
   APPURTENANCES,
15
   ONE 2006 LAND ROVER RANGE ROVER
16 SUV, CA LICENSE NO. 5TYZ993, VIN
   SALMF13486A224651, ITS TOOLS AND
17 APPURTENANCES,

18 ONE 2007 FORD F350 TRUCK, CA LICENSE
   NO. 8F10442, VIN 1FTWW33P87EA32632,
19 ITS TOOLS AND APPURTENANCES,

20 ONE ROLEX WATCH, MODEL NO.
   118235537B7385, SERIAL NO. P640864,
21
   $8,000.00 U.S. CURRENCY,
22
   ONE 2006 SEADOO RXP WATERCRAFT, CA
23 LICENSE NO. 7215RH, VIN YDV33810A606,
   ITS TOOLS AND APPURTENANCES,
24
   ONE 2005 YAMAHA WAVE RUNNER
25 WATER CRAFT AND FETRA TRAILER, CA
   LICENSE NO. 8728RD, VIN YAMA3350B505,
26 ITS TOOLS AND APPURTENANCES,

27          DEFENDANTS.

28

ANSWER TO COMPLAINT-07-CV-2335 WQH NLS          1

DEFENDANTS/CLAIMANTS/CLAIMANTS, through their duly authorized attorney, hereby answer Plaintiff's Complaint for Forfeiture as follows:

## PRELIMINARY MATTERS

1. Answering Paragraph 1 of the Complaint, DEFENDANTS/CLAIMANTS, admit each and every allegation contained therein.

2. Answering Paragraph 2 of the Complaint, DEFENDANTS/CLAIMANTS, admit each and every allegation contained therein.

3. Answering Paragraph 3 of the Complaint, DEFENDANTS/CLAIMANTS, based on lack of information and belief, deny each and every allegation contained therein.

## COUNT 1

### ONE 2006 MERCEDES BENZ CLS AMG SEDAN

4. Answering Paragraph 4 of the Complaint, DEFENDANTS/CLAIMANTS, admit each and every allegation contained therein.

5. Answering Paragraph 5 of the Complaint, DEFENDANTS/CLAIMANTS, based on lack of information and belief, deny each and every allegation contained therein.

6. Answering Paragraph 6 of the Complaint, DEFENDANTS/CLAIMANTS, based on lack of information and belief, deny each and every allegation contained therein.

7. Answering Paragraph 7 of the Complaint, DEFENDANTS/CLAIMANTS, based on lack of information and belief, deny each and every allegation contained therein.

8. Answering Paragraph 8 of the Complaint, DEFENDANTS/CLAIMANTS, based on lack of information and belief, deny each and every allegation contained therein.

9. Answering Paragraph 9 of the Complaint, DEFENDANTS/CLAIMANTS, based on lack of information and belief, deny each and every allegation contained therein.

10. Answering Paragraph 10 of the Complaint, DEFENDANTS/CLAIMANTS, based

on lack of information and belief, deny each and every allegation contained therein.

11. Answering Paragraph 11 of the Complaint, DEFENDANTS/CLAIMANTS, admit each and every allegation contained therein.

## COUNT 2

### ONE 2006 LAND ROVER RANGE ROVER SUV

12. Answering Paragraph 12 of the Complaint, DEFENDANTS/CLAIMANTS, based on lack of information and belief, deny each and every allegation contained therein.

13. Answering Paragraph 13 of the Complaint, DEFENDANTS/CLAIMANTS, based on lack of information and belief, deny each and every allegation contained therein.

14. Answering Paragraph 14 of the Complaint, DEFENDANTS/CLAIMANTS, based on lack of information and belief, deny each and every allegation contained therein.

15. Answering Paragraph 15 of the Complaint, DEFENDANTS/CLAIMANTS, based on lack of information and belief, deny each and every allegation contained therein.

16. Answering Paragraph 16 of the Complaint, DEFENDANTS/CLAIMANTS, admit each and every allegation contained therein.

17. Answering Paragraph 17 of the Complaint, DEFENDANTS/CLAIMANTS, admit each and every allegation contained therein.

18. Answering Paragraph 1 of the Complaint, DEFENDANTS/CLAIMANTS, admit each and every allegation contained therein.

## COUNT 3

### ONE 2007 FORD F350 TRUCK

19. Answering Paragraph 19 of the Complaint, DEFENDANTS/CLAIMANTS, based on lack of information and belief, deny each and every allegation contained therein.

///


on lack of information and belief, deny each and every allegation contained therein.

11. Answering Paragraph 11 of the Complaint, DEFENDANTS/CLAIMANTS, admit each and every allegation contained therein.

## COUNT 2

### ONE 2006 LAND ROVER RANGE ROVER SUV

12. Answering Paragraph 12 of the Complaint, DEFENDANTS/CLAIMANTS, based on lack of information and belief, deny each and every allegation contained therein.

13. Answering Paragraph 13 of the Complaint, DEFENDANTS/CLAIMANTS, based on lack of information and belief, deny each and every allegation contained therein.

14. Answering Paragraph 14 of the Complaint, DEFENDANTS/CLAIMANTS, based on lack of information and belief, deny each and every allegation contained therein.

15. Answering Paragraph 15 of the Complaint, DEFENDANTS/CLAIMANTS, based on lack of information and belief, deny each and every allegation contained therein.

16. Answering Paragraph 16 of the Complaint, DEFENDANTS/CLAIMANTS, admit each and every allegation contained therein.

17. Answering Paragraph 17 of the Complaint, DEFENDANTS/CLAIMANTS, admit each and every allegation contained therein.

18. Answering Paragraph 1 of the Complaint, DEFENDANTS/CLAIMANTS, admit each and every allegation contained therein.

## COUNT 3

### ONE 2007 FORD F350 TRUCK

19. Answering Paragraph 19 of the Complaint, DEFENDANTS/CLAIMANTS, based on lack of information and belief, deny each and every allegation contained therein.

///

20.  Answering Paragraph 20 of the Complaint, DEFENDANTS/CLAIMANTS, based on lack of information and belief, deny each and every allegation contained therein.

21.  Answering Paragraph 21 of the Complaint, DEFENDANTS/CLAIMANTS, based on lack of information and belief, deny each and every allegation contained therein.

22.  Answering Paragraph 22 of the Complaint, DEFENDANTS/CLAIMANTS, based on lack of information and belief, deny each and every allegation contained therein.

23.  Answering Paragraph 23 of the Complaint, DEFENDANTS/CLAIMANTS, admit each and every allegation contained therein.

24.  Answering Paragraph 24 of the Complaint, DEFENDANTS/CLAIMANTS, admit each and every allegation contained therein.

## COUNT 4

### ONE ROLEX WATCH

25.  Answering Paragraph 25 of the Complaint, DEFENDANTS/CLAIMANTS, admit each and every allegation contained therein.

26.  Answering Paragraph 26 of the Complaint, DEFENDANTS/CLAIMANTS, based on lack of information and belief, deny each and every allegation contained therein.

27.  Answering Paragraph 27 of the Complaint, DEFENDANTS/CLAIMANTS, based on lack of information and belief, deny each and every allegation contained therein.

28.  Answering Paragraph 28 of the Complaint, DEFENDANTS/CLAIMANTS, based on lack of information and belief, deny each and every allegation contained therein.

29.  Answering Paragraph 29 of the Complaint, DEFENDANTS/CLAIMANTS, admit each and every allegation contained therein.

30.  Answering Paragraph 30 of the Complaint, DEFENDANTS/CLAIMANTS, admit each and every allegation contained therein.

## COUNT 5

### $8,000.00 IN U.S. CURRENCY

31. Answering Paragraph 31 of the Complaint, DEFENDANTS/CLAIMANTS, admit each and every allegation contained therein.

32. Answering Paragraph 32 of the Complaint, DEFENDANTS/CLAIMANTS, based on lack of information and belief, deny each and every allegation contained therein.

33. Answering Paragraph 33 of the Complaint, DEFENDANTS/CLAIMANTS, based on lack of information and belief, deny each and every allegation contained therein.

34. Answering Paragraph 34 of the Complaint, DEFENDANTS/CLAIMANTS, based on lack of information and belief, deny each and every allegation contained therein.

35. Answering Paragraph 35 of the Complaint, DEFENDANTS/CLAIMANTS, based on lack of information and belief, deny each and every allegation contained therein.

36. Answering Paragraph 36 of the Complaint, DEFENDANTS/CLAIMANTS, admit each and every allegation contained therein.

37. Answering Paragraph 37 of the Complaint, DEFENDANTS/CLAIMANTS, admit each and every allegation contained therein.

## COUNT 6

### ONE 2006 SEADOO RXP WATER CRAFT

38. Answering Paragraph 38 of the Complaint, DEFENDANTS/CLAIMANTS, based on lack of information and belief, deny each and every allegation contained therein.

39. Answering Paragraph 39 of the Complaint, DEFENDANTS/CLAIMANTS, based on lack of information and belief, deny each and every allegation contained therein.

40. Answering Paragraph 40 of the Complaint, DEFENDANTS/CLAIMANTS, based on lack of information and belief, deny each and every allegation contained therein.

41. Answering Paragraph 41 of the Complaint, DEFENDANTS/CLAIMANTS, admit each and every allegation contained therein.

42. Answering Paragraph 42 of the Complaint, DEFENDANTS/CLAIMANTS, admit each and every allegation contained therein.

## COUNT 7

### ONE 2005 YAMAHA WAVE RUNNER WATER CRAFT

43. Answering Paragraph 43 of the Complaint, DEFENDANTS/CLAIMANTS, admit each and every allegation contained therein.

44. Answering Paragraph 44 of the Complaint, DEFENDANTS/CLAIMANTS, based on lack of information and belief, deny each and every allegation contained therein.

45. Answering Paragraph 45 of the Complaint, DEFENDANTS/CLAIMANTS, based on lack of information and belief, deny each and every allegation contained therein.

46. Answering Paragraph 46 of the Complaint, DEFENDANTS/CLAIMANTS, based on lack of information and belief, deny each and every allegation contained therein.

47. Answering Paragraph 47 of the Complaint, DEFENDANTS/CLAIMANTS, admit each and every allegation contained therein.

48. Answering Paragraph 48 of the Complaint, DEFENDANTS/CLAIMANTS, admit each and every allegation contained therein.

### FIRST AFFIRMATIVE DEFENSE

The complaint fails to state a claim against the defendant property upon which relief can be granted.

///

///

///

## SECOND AFFIRMATIVE DEFENSE

The statutes and regulations relating to the seizure of the defendant property are void and unenforceable as violative of the Constitution of the United States and cannot, therefore, provide the basis for forfeiture of the property in that:

A.   Said statutes and regulations provide for the taking of property without due process of law without just compensation in violation of the Fifth Amendment:

B.   Said statutes and regulations provide that the claimant, and not the seizing authority, has a burden proof of herein, in violation of the Fifth Amendment:

C.   Said statutes and regulations provide for the taking of property without due process of law in that they permit a seizure without prior hearing; and

D.   Said statutes and regulations provide for the taking of property from parties innocent of any wrongdoing.

## THIRD AFFIRMATIVE DEFENSE

The law enforcement officers who seized the defendant property were not authorized to do so under the statues and regulations relating to the seizure and forfeiture of property.

## FOURTH AFFIRMATIVE DEFENSE

Claimant is bona fide and innocent owner of said property and as such the forfeiture is a violation of Claimant's Fifth and Fourteenth Amendment rights to due process of law.

## FIFTH AFFIRMATIVE DEFENSE

The Seizure of the Claimant's property was without the requisite probable cause and therefor was in violation of the Fourth and Fifth Amendments to the Constitution of the United States.

/ / /

/ / /

### SIXTH AFFIRMATIVE DEFENSE

Claimant allege that Title 28 U.S.C., Section 1345 and 1355 and Title 21 USC §881 are violations of the Fifth and Eighth Amendments to the United States Constitution and can therefore provide no basis for the forfeiture of Claimant's property on that:

    A.    Said sections provide for additional punishment for acts already criminal; such punishment is in no way relate to

    B.    Said sections provide for the taking of property without due process of law, and thus, are violative of the Fifth Amendment;

    C.    Said sections provide that a burden of proof shall lie upon such claimant, and not the seizing authority, and thus, are violative of the Fifth Amendment:

    D.    Said sections provide for the taking of property without due process of law in that they provide for seizure without due process of law in that they provide for a seizure without a prior hearing;

    E.    Said section provide for the taking of property third parties who are completely innocent of any wrongdoing.

WHEREFORE, Claimant prays:

    1.    That Plaintiff take nothing by reason of its Complaint herein;

    2.    That the Court award Claimant his costs incurred herein;

    3.    That the Defendant property be returned to Claimant; And

    4.    For such other and further relief as the Court may deem just and proper.

DATE:  1/2/08

/s/ ELLIOTT N. KANTER
ELLIOTT N. KANTER, ESQ.
ATTORNEY FOR DEFENDANTS/CLAIMANTS

ANSWER TO COMPLAINT-07-CV-2335 WQH NLS    8

1  ELLIOTT N. KANTER CSB#95054
   LAW OFFICES OF ELLIOTT N. KANTER
2  2445 5TH AVENUE, SUITE 350
   SAN DIEGO, CA 92101
3  TEL: 619-231-1883
   FAX: 619-234-4553
4
   Attorneys for DEFENDANTS/CLAIMANTS,
5  EZTOR PLACENCIA, MARGARITA PLACENCIA AND CAROLINA VARGAS

6

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,

11         Plaintiff,

12    v.

13 ONE 2006 MERCE9DES BENZ CLS 55
   AMG SEDAN, CA LICENSE NO. 5WRK364,
14 VIN WDDDJ76X96A063392, ITS TOOLS AND
   APPURTENANCES,
15
   ONE 2006 LAND ROVER RANGE ROVER
16 SUV, CA LICENSE NO. 5TYZ993, VIN
   SALMF13486A224651, ITS TOOLS AND
17 APPURTENANCES,

18 ONE 2007 FORD F350 TRUCK, CA LICENSE
   NO. 8F10442, VIN 1FTWW33P87EA32632,
19 ITS TOOLS AND APPURTENANCES,

20 ONE

21

22

23

24

25

26

27

28

PROOF OF SERVICE                                    1

```
ERROR: timeout
OFFENDING COMMAND: timeout

STACK:
```

1  ELLIOTT N. KANTER CSB#95054
   LAW OFFICES OF ELLIOTT N. KANTER
2  2445 5TH AVENUE, SUITE 350
   SAN DIEGO, CA 92101
3  TEL: 619-231-1883
   FAX: 619-234-4553
4
   Attorneys for DEFENDANTS/CLAIMANTS,
5  EZTOR PLACENCIA, MARGARITA PLACENCIA AND CAROLINA VARGAS

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,                    | CASE NO. 07-CV-2335 WQH NLS
11 |         Plaintiff,                           |
12 |     v.                                       | **PROOF OF SERVICE**
13 | ONE 2006 MERCE9DES BENZ CLS 55
14 | AMG SEDAN, CA LICENSE NO. 5WRK364,
   | VIN WDDDJ76X96A063392, ITS TOOLS AND
15 | APPURTENANCES,
16 | ONE 2006 LAND ROVER RANGE ROVER
   | SUV, CA LICENSE NO. 5TYZ993, VIN
17 | SALMF13486A224651, ITS TOOLS AND
   | APPURTENANCES,
18 | ONE 2007 FORD F350 TRUCK, CA LICENSE
   | NO. 8F10442, VIN 1FTWW33P87EA32632,
19 | ITS TOOLS AND APPURTENANCES,
20 | ONE ROLEX WATCH, MODEL NO.
   | 118235537B7385, SERIAL NO. P640864,
21
22 | $8,000.00 U.S. CURRENCY,
23 | ONE 2006 SEADOO RXP WATERCRAFT, CA
   | LICENSE NO. 7215RH, VIN YDV33810A606,
24 | ITS TOOLS AND APPURTENANCES,
25 | ONE 2005 YAMAHA WAVE RUNNER
   | WATER CRAFT AND FETRA TRAILER, CA
26 | LICENSE NO. 8728RD, VIN YAMA3350B505,
   | ITS TOOLS AND APPURTENANCES,
27 |         DEFENDANTS.
28

PROOF OF SERVICE                                              1

| | |
|---|---|
| 1 | I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is LAW OFFICES OF ELLIOTT N. KANTER; 2445 5th Avenue, Suite 350 San Diego, CA 9210.  On August 6, 2007, I served the within document: |
| 2 | |
| 3 | |
| 4 | **ANSWER TO COMPLAINT FOR FORFEITURE** |
| 5 | |
| 6 | on the interested parties by: |
| 7 | |
| 8 | By placing the document listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below.  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit. |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | **DAVID M. MCNEES** |
| 14 | **United States Attorney's Office** |
| | **880 Front Street, Room 6293** |
| 15 | **San Diego, CA 92101-8893** |
| 16 | I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. |
| 17 | |
| 18 | |
| 19 | Executed on 1/2/08, at San Diego, California. |
| 20 | DATE:__1/2/08____                       /s/ LILIAN RUIZ_____ |
| 21 |                                                   LILIAN RUIZ |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

PROOF OF SERVICE             2