UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil No.07cv2335-WQH(NLS) |
| ) | |
| Plaintiff, ) | **NOTICE AND ORDER SETTING** |
| v. ) | ***TELEPHONIC* EARLY NEUTRAL** |
| ) | **EVALUATION CONFERENCE** |
| One 2006 Mercedes Benz CLS 55 AMG ) | |
| Sedan, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**IT IS HEREBY ORDERED** that a *telephonic* Early Neutral Evaluation of your case will be held on *February 11, 2008* at *10:00 a.m.* before Magistrate Judge Nita L. Stormes.  **Only counsel for the parties shall appear for the telephonic conference.  *Plaintiff's* counsel shall initiate and coordinate the conference call**.

The following are mandatory guidelines to be followed in preparing for the Early Neutral Evaluation Conference.

1. **Purpose of Conference:**  The purpose of the Early Neutral Evaluation Conference ("ENE") is to permit an informal discussion between the attorneys and/or parties, and the settlement judge, of every aspect of the lawsuit in an effort to achieve an early resolution of the case.  All conference discussions will be informal, off the record, privileged, and confidential.

2. **Confidential ENE Statements Required:**  No later than three (3) court days prior to the ENE, counsel for the parties shall submit confidential statements of five pages or less directly to the chambers of Magistrate Judge Stormes outlining the nature of the case, the claims, and the defenses.

<u>These statements shall not be filed or served on opposing counsel</u> and may be submitted either via hand delivery, U.S. mail, or electronic mail to Judge Stormes' confidential email address, efile_stormes@casd.uscourts.gov.

    3.    **<u>New Parties Must Be Notified by Plaintiff's Counsel</u>:**  Plaintiff's counsel shall give notice of the ENE to parties responding to the complaint after the date of this notice.

    4.    **<u>Case Management Under the Amended Federal Rules</u>:**  In the event the case does not settle at the ENE, the parties can expect to leave the ENE with Rule 26 compliance dates or deadlines. Counsel for the parties shall therefore be prepared to discuss the following matters at the conclusion of the ENE conference:

    a.    Any anticipated objections under Federal Rule of Civil Procedure 26(a)(1)(E) to the initial disclosure provisions of Federal Rule of Civil Procedure 26(a)(1)(A-D);

    b.    The scheduling of the Federal Rule of Civil Procedure 26(f) conference within 24 days following the ENE:

    c.    The date of initial disclosure and the date for lodging the discovery plan within 14 days following the Rule 26(f) conference; and,

    d.    The scheduling of a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b) within 21 days following the Rule 26(f) conference.

The Court will issue an order following the ENE addressing these issues and setting dates as appropriate.

    5.    **<u>Requests to Continue an ENE Conference</u>:**  Local Rule 16.1(c) requires that an ENE take place within 45 days of the filing of the first answer.  Requests to continue ENEs are rarely granted. However, the Court will consider formal, written *ex parte* requests to continue an ENE conference when extraordinary circumstances exist that make a continuance appropriate.  In and of itself, having to travel a long distance to appear in person is not "extraordinary."  **Absent extraordinary circumstances, requests for continuances will <u>not</u> be considered *unless* submitted in *writing* no less than seven (7) days prior to the scheduled conference.**

Questions regarding this case or the mandatory guidelines set forth herein may be directed to the Magistrate Judge's law clerks at (619) 557-5391.

1   A Notice of Right to Consent to Trial Before a United States Magistrate Judge is attached for
2  your information.
3      **IT IS SO ORDERED**.
4  DATED: January 3, 2008

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge

**NOTICE OF RIGHT TO CONSENT TO TRIAL**

**BEFORE A UNITED STATES MAGISTRATE JUDGE**

IN ACCORDANCE WITH THE PROVISIONS OF 28 U.S.C. § 636(c), YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON THE CONSENT OF ALL PARTIES, ON FORM 1A AVAILABLE IN THE CLERK'S OFFICE, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.  COUNSEL FOR THE PLAINTIFF SHALL BE RESPONSIBLE FOR OBTAINING THE CONSENT OF ALL PARTIES, SHOULD THEY DESIRE TO CONSENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT TO CONSENT IS ENTIRELY VOLUNTARY.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.