1  Timothy J. Silverman, SBN 145264
   Melissa N. Armstrong, SBN 213928
2  SOLOMON, GRINDLE, SILVERMAN & SPINELLA
   A Professional Corporation
3  12651 High Bluff Drive, Suite 300
   San Diego, California 92130
4  Telephone: (858) 793-8500
   Facsimile:  (858) 793-8263
5
   Attorneys for Claimant JP MORGAN CHASE BANK, N.A.
6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,           )   Case No: ED 07-CV-2335WQHNLS
10                                     )
                Plaintiff,             )   **VERIFIED CLAIM**
11                                     )
   -vs-                                )
12                                     )
   ONE 2006 MERCEDES BENZ CLS 55       )
13 AMG SEDAN, CA LICENSE NO.           )
   5WRK364, VIN WDDDJ76X96A063392,     )
14 ITS TOOLS AND APPURTENANCES,        )
                                       )
15 ONE 2006 LAND ROVER RANGE ROVER     )
   SUV, CA LICENCE PLATE NO. 5TYZ993,  )
16 VIN SALMF13486A224651, ITS TOOLS    )
   AND APPURTENANCES,                  )
17                                     )
   ONE 2007 FORD F350 TRUCK, CA        )
18 LICENSE NO. 8F10442, VIN            )
   1FTWW33P87EA32632, ITS TOOLS AND    )
19 APPURTENANCES,                      )
                                       )
20 ONE ROLEX WATCH, MODEL NO.          )
   118235537B7385, SERIAL NO. P640864, )
21                                     )
   $8,000.00 IN U.S. CURRENCY,         )
22                                     )
   ONE 2006 SEADOO RXP WATERCRAFT,     )
23 CA LICENSE NO. 7215RH, VIN          )
   YDV33810A606, ITS TOOL AND          )
24 APPURTENANCES,                      )
                                       )
25 ONE 2005 YAHAMA WAVE RUNNER         )
   WATER CRAFT AND FETRA TRAILER,      )
26 CA LICENSE NO. 8728RD, VIN          )
   YAMA335B505, ITS TOOLS AND          )
27 APPURTENANCES,                      )
                                       )
28              Defendants.            )
                                       )

1
2 **VERIFIED CLAIM OF JP MORGAN CHASE BANK, N.A.**
3 TO PLAINTIFF AND ITS ATTORNEY OF RECORD:
4     **PLEASE TAKE NOTICE** THAT JP MORGAN CHASE BANK, N.A. (hereinafter "JP
5 MORGAN") has an interest in the defendant property, a 2006 LAND ROVER RANGE ROVER, VIN
6 SALMF13486A224651 (hereinafter "Vehicle").
7     1.     On or about April 19, 2006, Margarita Placencia executed and delivered to JP
8 MORGAN's assignor, Land Rover Miramar, her "Retail Installment Contract - Simple Interest Finance
9 Charge" for the purchase of the Vehicle in the principal amount of $55,740.86 (the "Contract"). A true
10 and correct copy of the Contract is attached as **Exhibit "1"** to the Exhibit Index filed concurrently
11 herewith, and is incorporated herein by reference.
12     2.     As of December 19, 2007, there is due, owing and unpaid under the Contract from
13 Margarita Placencia to JP MORGAN the principal balance of $39,694.37, plus accrued interest to
14 January 8, 2007 of $197.12. Interest continues to accrue at the rate of 8.24% per annum, from January 8,
15 2007, until paid in full.
16     3.     By virtue of JP MORGAN's interest in the defendant Vehicle, JP MORGAN hereby
17 demands restitution and the right to defend this action.
18
19 Dated: January 14, 2008                               SOLOMON, GRINDLE, SILVERMAN
20                                                        & SPINELLA
21                                               By: /s/ Melissa N. Armstrong
22                                                            Timothy J. Silverman
                                                           Melissa N. Armstrong
                                                      Attorneys for Claimant
23                                                     JP MORGAN CHASE BANK, N.A.
                                                    E-Mail: melissa@sgsslaw.com
24
H:\COMMON\MNA\JP MORGAN\Placencia\Pleadings\VERIFIED CLAIM.wpd.wpd
25
26
27
28

## VERIFICATION

I, Rita Houp, am the Vice President of JP MORGAN CHASE BANK, N.A., and am authorized to make this verification on its behalf.

I have read the foregoing Verified Claim of JP MORGAN CHASE BANK, N.A. and know the contents thereof. I am informed and believe that the matters stated are true and on that basis I declare that the matters stated are true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 11, 2008 at Phoenix, Arizona.

_____
RITA HOUP

LISA M. SOLAREZ
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
My Commission Expires
July 16, 2011