MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
JANUARY 15, 2008

USA vs One 2006 Mercedes Benz et al.   No. 07cv2335 WQH (NLS)

Hon. Nita L. Stormes   Deputy Clerk   George Perrault

It is hereby **ORDERED** that Judge Nita L. Stormes **RECUSES** from the above entitled case and **ORDERS** that the case be reassigned to another magistrate judge.

Assigned to: Leo S. Papas

New Case #: '07 CV 2335 WQH LSP