1  Timothy J. Silverman, SBN 145264
   Melissa N. Armstrong, SBN 213928
2  SOLOMON, GRINDLE, SILVERMAN & SPINELLA
   A Professional Corporation
3  12651 High Bluff Drive, Suite 300
   San Diego, California 92130
4  Telephone: (858) 793-8500
   Facsimile: (858) 793-8263
5
   Attorneys for Plaintiff JP MORGAN CHASE BANK, N.A.
6

7                IN THE UNITED STATES DISTRICT COURT

8              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,              )  Case No: ED 07-CV-2335WQHNLS
10                                        )
                Plaintiff,                )  **NOTICE OF APPEARANCE OF**
11                                        )  **COUNSEL**
   -vs-                                   )
12                                        )
   ONE 2006 MERCEDES BENZ CLS 55          )
13 AMG SEDAN, CA LICENSE NO.              )
   5WRK364, VIN WDDDJ76X96A063392,        )
14 ITS TOOLS AND APPURTENANCES,           )
                                          )
15 ONE 2006 LAND ROVER RANGE ROVER        )
   SUV, CA LICENCE PLATE NO. 5TYZ993,     )
16 VIN SALMF13486A224651, ITS TOOLS       )
   AND APPURTENANCES,                     )
17                                        )
   ONE 2007 FORD F350 TRUCK, CA           )
18 LICENSE NO. 8F10442, VIN               )
   1FTWW33P87EA32632, ITS TOOLS AND       )
19 APPURTENANCES,                         )
                                          )
20 ONE ROLEX WATCH, MODEL NO.             )
   118235537B7385, SERIAL NO. P640864,    )
21                                        )
   $8,000.00 IN U.S. CURRENCY,            )
22                                        )
   ONE 2006 SEADOO RXP WATERCRAFT,        )
23 CA LICENSE NO. 7215RH, VIN             )
   YDV33810A606, ITS TOOL AND             )
24 APPURTENANCES,                         )
                                          )
25 ONE 2005 YAHAMA WAVE RUNNER            )
   WATER CRAFT AND FETRA TRAILER,         )
26 CA LICENSE NO. 8728RD, VIN             )
   YAMA335B505, ITS TOOLS AND             )
27 APPURTENANCES,                         )
                                          )
28              Defendants.               )
                                          )

                          1
              NOTICE OF APPEARANCE OF COUNSEL

1  NOTICE IS HEREBY GIVEN of the entry of the undersigned as counsel for JP MORGAN
2  CHASE BANK, N.A., a claimant in the above-referenced proceeding. Pursuant to Federal Rules of
3  Civil Procedure, Rule 5, all further notices and copies of pleadings, papers and other materials relevant
4  to this action should be directed to and served upon:

Melissa N. Armstrong, Esq.

SOLOMON, GRINDLE, SILVERMAN & SPINELLA

12651 High Bluff Drive, Suite 300

San Diego, California 92130

E-Mail: melissa@sgsslaw.com

Dated:  January 15, 2008             SOLOMON, GRINDLE, SILVERMAN
                                         & SPINELLA


                                     By /S/ Melissa N. Armstrong
                                         Melissa N. Armstrong
                                         Attorneys for Claimant JP MORGAN
                                         CHASE BANK, N.A.