ELLIOTT N. KANTER CSB#95054
LAW OFFICES OF ELLIOTT N. KANTER
2445 5TH AVENUE, SUITE 350
SAN DIEGO, CA 92101
TEL: 619-231-1883
FAX: 619-234-4553

Attorneys for DEFENDANTS/CLAIMANTS,
EZTOR PLACENCIA, MARGARITA PLACENCIA AND CAROLINA VARGAS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 07-CV-2335 WQH NLS |
| Plaintiff, | |
| v. | **VERIFIED CLAIM** |
| ONE 2006 MERCE9DES BENZ CLS 55 AMG SEDAN, CA LICENSE NO. 5WRK364, VIN WDDDJ76X96A063392, ITS TOOLS AND APPURTENANCES, | |
| ONE 2006 LAND ROVER RANGE ROVER SUV, CA LICENSE NO. 5TYZ993, VIN SALMF13486A224651, ITS TOOLS AND APPURTENANCES, | |
| ONE 2007 FORD F350 TRUCK, CA LICENSE NO. 8F10442, VIN 1FTWW33P87EA32632, ITS TOOLS AND APPURTENANCES, | |
| ONE ROLEX WATCH, MODEL NO. 118235537B7385, SERIAL NO. P640864, | |
| $8,000.00 U.S. CURRENCY, | |
| ONE 2006 SEADOO RXP WATERCRAFT, CA LICENSE NO. 7215RH, VIN YDV33810A606, ITS TOOLS AND APPURTENANCES, | |
| ONE 2005 YAMAHA WAVE RUNNER WATER CRAFT AND FETRA TRAILER, CA LICENSE NO. 8728RD, VIN YAMA3350B505, ITS TOOLS AND APPURTENANCES, | |
| DEFENDANTS. | |

VERIFIED CLAIM                                              1

Pursuant to Rule G(5), attached are verified claims for the property in question.

DATE:  1/17/08

/s/ ELLIOTT N. KANTER
ELLIOTT N. KANTER, ESQ.
ATTORNEY FOR DEFENDANTS/CLAIMANTS

## Law Offices of Elliott N. Kanter
A PROFESSIONAL CORPORATION

*Elliott N. Kanter*

CLAIM TO CONTEST FORFEITURE JUDICIALLY IN
UNITED STATES DISTRICT COURT
PURSUANT TO TITLE 18 USC SECTION 983(A)(2)(C)

Re:  Asset Identification No.:   07-DEA-486255
     Case No.:                   R2-06-0364
     Property:                   Rolex Watch, VI:$19,000
     Serial #:                   P640864
     Asset Value:                $19,000
     Seizure Date:               6/22/07
     Place of Seizure:           Yorba Linda, CA
     Owner:                      Placencia, Eztor Alberto
     Seized from:                Placencia, Eztor Alberto
     Judicial District:          Central District of California

I, Eztor Alberto Placencia by and through my attorney, Elliott N. Kanter hereby make a claim for the above property.

I am the owner of the above described asset. I did not use the asset for improper purposes.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Diego, California, this 14 day of September, 2007.

DATED: 9-14-07

By: Eztor Alberto Placencia

## Law Offices of Elliott N. Kanter
A PROFESSIONAL CORPORATION

*Elliott N. Kanter*

**CLAIM TO CONTEST FORFEITURE JUDICIALLY IN
UNITED STATES DISTRICT COURT
PURSUANT TO TITLE 18 USC SECTION 983(A)(2)(C)**

Re:  Asset Identification No.:   07-DEA-486229
     Case No.:   R2-06-0364
     Property:   2006 SeaDoo RXP Watercraft
     Serial No.:   YDV33810A606
     Asset Value:   $7,570
     Seizure Date:   6/22/07
     Place of Seizure:   Yorba Linda, CA
     Owner:   Placencia, Eztor Alberto
     Seized from:   Placencia, Eztor Alberto
     Judicial District:   Central District of California

I, Eztor Alberto Placencia by and through my attorney, Elliott N. Kanter hereby make a claim for the above property.

I am the owner of the above described asset. I did not use the asset for improper purposes.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Diego, California, this 14 day of September, 2007.

DATED: 9-14-07

By: Eztor Alberto Placencia

*Law Offices of Elliott N. Kanter*

A PROFESSIONAL CORPORATION

*Elliott N. Kanter*

## CLAIM TO CONTEST FORFEITURE JUDICIALLY IN UNITED STATES DISTRICT COURT PURSUANT TO TITLE 18 USC SECTION 983(A)(2)(C)

Re:  
| | |
|---|---|
| Asset Identification No.: | 07-DEA-486228 |
| Case No.: | R2-06-0364 |
| Property: | 2005 Yamaha Wave Runner Watercraft and Fetra Trailer |
| Serial No.: | YAMA3350B505 |
| Asset Value: | $7,390 |
| Seizure Date: | 6/22/07 |
| Place of Seizure: | Yorba Linda, CA |
| Owner: | Placencia, Eztor Alberto |
| Seized from: | Placencia, Eztor Alberto |
| Judicial District: | Central District of California |

I, Eztor Alberto Placencia by and through my attorney, Elliott N. Kanter hereby make a claim for the above property.

I am the owner of the above described assets. I did not use the asset for improper purposes.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Diego, California, this 14 day of September, 2007.

DATED: 9-14-07

By: Eztor Alberto Placencia

*Law Offices of Elliott N. Kanter*
A PROFESSIONAL CORPORATION

*Elliott N. Kanter*

### CLAIM TO CONTEST FORFEITURE JUDICIALLY IN UNITED STATES DISTRICT COURT PURSUANT TO TITLE 18 USC SECTION 983(A)(2)(C)

| | |
|---|---|
| Asset Identification No.: | 07-DEA-486015 |
| Case No.: | R2-06-0364 |
| Property: | $8,000 US Currency |
| Asset Value: | $8,000 US Currency |
| Seizure Date: | 6/22/07 |
| Place of Seizure: | Chula Vista, CA |
| Owner: | Placencia, Eztor Alberto |
| Seized from: | Placencia, Eztor Alberto |
| Judicial District: | Southern District of California |

I, Eztor Alberto Placencia by and through my attorney, Elliott N. Kanter hereby make a claim for the above property.

I am the owner of the above described asset. I did not use the asset for improper purposes.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Diego, California, this 14 day of September, 2007.

DATED: 9-14-07

By: /Eztor Alberto Placencia

## Law Offices of Elliott N. Kanter
A PROFESSIONAL CORPORATION

*Elliott N. Kanter*

**CLAIM TO CONTEST FORFEITURE JUDICIALLY IN
UNITED STATES DISTRICT COURT
PURSUANT TO TITLE 18 USC SECTION 983(A)(2)(C)**

Re:  Asset Identification No.:   07-DEA-486198
     Case No.:                   R2-06-0364
     Property:                   2006 Mercedes Benz CLS 55 AMG Sedan
     Serial No.:                 WDDDJ76X96A063392
     Asset Value:                $68,875
     Seizure Date:               6/22/07
     Place of Seizure:           Yorba Linda, CA
     Owner:                      Placencia, Eztor Alberto
     Seized from:                Placencia, Eztor Alberto
     Judicial District:          Central District of California

I, Eztor Alberto Placencia by and through my attorney, Elliott N. Kanter hereby make a claim for the above property.

I am the owner of the above described asset. I did not use the asset for improper purposes.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Diego, California, this 14 day of September, 2007.

DATED: 9-14-07

By: Eztor Alberto Placencia

## Law Offices of Elliott N. Kanter
A PROFESSIONAL CORPORATION

*Elliott N. Kanter*

## CLAIM TO CONTEST FORFEITURE JUDICIALLY IN UNITED STATES DISTRICT COURT PURSUANT TO TITLE 18 USC SECTION 983(A)(2)(C)

Re:  Asset Identification No.:   07-DEA-486192
     Case No.:                    R2-06-0364
     Property:                    2007 Ford F350 Truck
     Serial No.:                  1FTWW33P87EA32632
     Asset Value:                 $59,000
     Seizure Date:                6/22/07
     Place of Seizure:            Yorba Linda, CA
     Owner:                       Vargas, Carolina
     Seized from:                 Placencia, Eztor Alberto
     Judicial District:           Central District of California

I, Margarita Placencia by and through my attorney, Elliott N. Kanter hereby make a claim for the 2007 Ford F350 Truck.

I am the owner of the above described asset. I did not use the asset for improper purposes.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Diego, California, this 14 day of September, 2007.

DATED: 9-14-07

By: Carolina Vargas

*Law Offices of Elliott N. Kanter*
A PROFESSIONAL CORPORATION

*Elliott N. Kanter*

### CLAIM TO CONTEST FORFEITURE JUDICIALLY IN UNITED STATES DISTRICT COURT PURSUANT TO TITLE 18 USC SECTION 983(A)(2)(C)

Re:  Asset Identification No.:   07-DEA-486203
     Case No.:                   R2-06-0364
     Property:                   2006 Land Rover Range Rover SUV
     Serial No.:                 SALMF13486A224651
     Asset Value:                $69,950
     Seizure Date:               6/22/07
     Place of Seizure:           Yorba Linda, CA
     Owner:                      Placencia, Margarita
     Seized from:                Placencia, Eztor Alberto
     Judicial District:          Central District of California

I, Margarita Placencia by and through my attorney, Elliott N. Kanter hereby make a claim for the 2006 Land Rover Range Rover SUV.

I am the owner of the above described asset. I did not use the asset for improper purposes.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Diego, California, this 14 day of September, 2007.

DATED: 9-14-07

By: Margarita Placencia

1  ELLIOTT N. KANTER CSB#95054
   LAW OFFICES OF ELLIOTT N. KANTER
2  2445 5TH AVENUE, SUITE 350
   SAN DIEGO, CA 92101
3  TEL: 619-231-1883
   FAX: 619-234-4553
4

5  Attorneys for DEFENDANTS/CLAIMANTS,
   EZTOR PLACENCIA, MARGARITA PLACENCIA AND CAROLINA VARGAS
6

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,            CASE NO.  07-CV-2335 WQH NLS

11         Plaintiff,

12    v.                                **PROOF OF SERVICE**

13 ONE 2006 MERCE9DES BENZ CLS 55
   AMG SEDAN, CA LICENSE NO. 5WRK364,
14 VIN WDDDJ76X96A063392, ITS TOOLS AND
   APPURTENANCES,
15

16 ONE 2006 LAND ROVER RANGE ROVER
   SUV, CA LICENSE NO. 5TYZ993, VIN
17 SALMF13486A224651, ITS TOOLS AND
   APPURTENANCES,
18
   ONE 2007 FORD F350 TRUCK, CA LICENSE
19 NO. 8F10442, VIN 1FTWW33P87EA32632,
   ITS TOOLS AND APPURTENANCES,
20
   ONE ROLEX WATCH, MODEL NO.
21 118235537B7385, SERIAL NO. P640864,

22 $8,000.00 U.S. CURRENCY,

23 ONE 2006 SEADOO RXP WATERCRAFT, CA
   LICENSE NO. 7215RH, VIN YDV33810A606,
24 ITS TOOLS AND APPURTENANCES,

25 ONE 2005 YAMAHA WAVE RUNNER
   WATER CRAFT AND FETRA TRAILER, CA
26 LICENSE NO. 8728RD, VIN YAMA3350B505,
   ITS TOOLS AND APPURTENANCES,
27
              DEFENDANTS.
28

PROOF OF SERVICE  07-CV-2335 WQH NLS         1

| | |
|---|---|
| 1 | I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is LAW OFFICES OF ELLIOTT N. KANTER; 2445 5th Avenue, Suite 350 San Diego, CA 9210.  On January 18, 2008, I served the within document: |
| 2 | |
| 3 | |
| 4 | **VERIFIED CLAIM** |
| 5 | on : |
| 6 | |
| 7 | **DAVID M. MCNEES**<br>**United States Attorney's Office**<br>**880 Front Street, Room 6293**<br>**San Diego, CA 92101-8893** |
| 8 | |
| 9 | |
| 10 | By placing the document listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below.  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit. |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. |
| 16 | Executed on 1/18/08, at San Diego, California. |
| 17 | |
| 18 | |
| 19 | DATE:  1/18/08             /s/Robin Stewart<br>                              Robin Stewart |

PROOF OF SERVICE  07-CV-2335 WQH NLS              2