1  Timothy J. Silverman, SBN 145264
   Melissa N. Armstrong, SBN 213928
2  SOLOMON, GRINDLE, SILVERMAN & SPINELLA
   A Professional Corporation
3  12651 High Bluff Drive, Suite 300
   San Diego, California 92130
4  Telephone: (858) 793-8500
   Facsimile:  (858) 793-8263
5
   Attorneys for Claimant JP MORGAN CHASE BANK, N.A.
6

7                IN THE UNITED STATES DISTRICT COURT

8              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,            )  Case No: ED 07-CV-2335WQHNLS
10                                      )
              Plaintiff,                )  **JP MORGAN CHASE BANK, N.A.'S**
11                                      )  **ANSWER TO UNITED STATES OF**
   -vs-                                 )  **AMERICA'S VERIFIED COMPLAINT**
12                                      )  **FOR FORFEITURE**
   ONE 2006 MERCEDES BENZ CLS 55        )
13 AMG SEDAN, CA LICENSE NO.            )
   5WRK364, VIN WDDDJ76X96A063392,      )
14 ITS TOOLS AND APPURTENANCES,         )
                                        )
15 ONE 2006 LAND ROVER RANGE ROVER      )
   SUV, CA LICENCE PLATE NO. 5TYZ993,   )
16 VIN SALMF13486A224651, ITS TOOLS     )
   AND APPURTENANCES,                   )
17                                      )
   ONE 2007 FORD F350 TRUCK, CA         )
18 LICENSE NO. 8F10442, VIN             )
   1FTWW33P87EA32632, ITS TOOLS AND     )
19 APPURTENANCES,                       )
                                        )
20 ONE ROLEX WATCH, MODEL NO.           )
   118235537B7385, SERIAL NO. P640864,  )
21                                      )
   $8,000.00 IN U.S. CURRENCY,          )
22                                      )
   ONE 2006 SEADOO RXP WATERCRAFT,      )
23 CA LICENSE NO. 7215RH, VIN           )
   YDV33810A606, ITS TOOL AND           )
24 APPURTENANCES,                       )
                                        )
25 ONE 2005 YAHAMA WAVE RUNNER          )
   WATER CRAFT AND FETRA TRAILER,       )
26 CA LICENSE NO. 8728RD, VIN           )
   YAMA335B505, ITS TOOLS AND           )
27 APPURTENANCES,                       )
                                        )
28            Defendants.               )
                                        )

1

JP MORGAN CHASE BANK, N.A.'S ANSWER TO COMPLAINT FOR FORFEITURE

COMES NOW, interested party JP MORGAN CHASE BANK, N.A. ("JP MORGAN") and asserts the following Answer to the UNITED STATES OF AMERICA's Complaint in this action:

1. Defendant JP MORGAN has no information or belief as to the matters stated in Paragraphs 1- 48 and, basing its Answer on lack of knowledge, denies each and every allegation thereof.

2. While JP MORGAN has no knowledge of any of Plaintiff's assertions, JP MORGAN has a security interest in the 2006 LAND ROVER RANGE ROVER, VIN SALMF13486A224651 (hereinafter the "Vehicle"). As stated in JP MORGAN'S Verified Claim attached as **Exhibit "1"** to the Exhibit Index filed concurrently herewith, as of December 19, 2007, there is due, owing and unpaid under the Contract from Margarita Placencia to JP MORGAN the principal balance of $39,694.37, plus accrued interest to January 8, 2007 of $197.12. Interest continues to accrue at the rate of 8.24% per annum, from January 8, 2007, until paid in full.

**WHEREFORE**, JP MORGAN prays:

1. That possession of the defendant Vehicle be turned over to JP MORGAN forthwith;
2. By virtue of JP MORGAN's interest in the defendant Vehicle, JP MORGAN hereby demands restitution and the right to defend this action; and
3. For such other and further relief as the Court deems just and proper.

Dated: January 24, 2008

SOLOMON, GRINDLE, SILVERMAN & SPINELLA

By: *Melissa N. Armstrong*
Timothy J. Silverman
Melissa N. Armstrong
Attorneys for Claimant
JP MORGAN CHASE BANK, N.A.
E-Mail: melissa@sgsslaw.com

H:\COMMON\MNA\JP MORGAN\Placencia\Pleadings\ANSWER.wpd.wpd

**VERIFICATION**

I, RITA HOUP, am a Vice President of JP MORGAN CHASE BANK, N.A., and am authorized to make this verification on its behalf.

I have read the foregoing **JP MORGAN CHASE'S BANK, N.A.'S ANSWER TO UNITED STATES OF AMERICA'S VERIFIED COMPLAINT FOR FORFEITURE** and know the contents thereof.

I am informed and believe that the matters stated are true and on that basis I declare that the matters stated are true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 21, 2008 at Phoenix, Arizona.

RITA HOUP

JP MORGAN CHASE BANK, N.A.'S ANSWER TO COMPLAINT FOR FORFEITURE