

**NUNC PRO TUNC**
**JAN 2 2 2008**

Date: 1/15/2008

PO Box 239801
Las Vegas, NV 89105-9801

Your Case No.
Asset Id: 07-DEA-486192
Case #: RS-06-0364
Civil No. 07cv2335 – WQH (NLS)

Our Account No. 41252447

FILED
08 JAN 28 PM 12: 23
S. DISTRICT C...
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

## PETITION FOR REMISSION OR MITIGATION OF FORFEITURE

Consideration is requested for release to us of the following described motor vehicle now being held for forfeiture to : DEA

Year **2007**   Make **FORD**   Body Style **F350**   VIN **1FTWW33P87EA32632**

Date Seized **6/22/07**   Where Seized **YORBA LINDA, CA**

From Whom Seized **EZTOR ALBERTO PLACENCIA**

Reason for Seizure **violation of the Controlled Substances Act (Title 21, U.S.C., Sections 801 et seq.)**

We are the holder and owner of a <u>retail contract</u> covering this vehicle, a true and correct copy of which is attached hereto, which we acquired in the ordinary course of business and for a valuable consideration prior to the seizure of the vehicle. The details of this transaction are as follows:

Our Customer's Name **CAROLINA VARGAS**
Customer's Address **1465 EDGHILL DR, CHULA VISTA, CA 91913**

Account Number **41252447**         Date of Instrument **8/9/06**

We Acquired On **8/9/06**         From **PERRY FORD OF NATIONAL CITY LL**

Title Perfected by  x Lien on Title   ☐ Filing at _____

Original Balance **$49,267.20**   Payable in **60**   Payments of $ **821.12**   each.

Present Unpaid Balance **$36,129.28**

Unearned Charges Calculated
as of Date of Seizure:   Insurance $ _____         Finance/Lease Charges **$8,886.05**

Present Net Balance $ **28,810.89**

Ford Motor Credit Company (Ford Credit) in its contract expressly mandates conformance with all laws in the use of its vehicles and alleges that possession and use of the vehicle for any illegal purpose was without its consent, either expressed or implied. Ford Credit further alleges that its investigation of the purchaser's/lessee's credit disclosed nothing that indicated a likelihood that the vehicle would be used in violation of any law.

If said forfeiture is remitted and the vehicle is returned to Ford Credit on condition that all costs incurred in connection with seizing, advertising, and storing same are paid, Ford Credit agrees to pay such costs. All of the above information is certified to be true and correct except where stated to be upon information and belief.

FORD MOTOR CREDIT COMPANY

By _____
Angela Allen, CSR/SAU   702 617 5017

Notary Public - State of Nevada
County of Clark
ANA MARIA FLORES
My Appointment Expires
No: 01-70848-1   August 22, 2009

Ana Maria Flores
1/15/2008