1  Timothy J. Silverman, SBN 145264
   Melissa N. Armstrong, SBN 213928
2  SOLOMON, GRINDLE, SILVERMAN & SPINELLA
   A Professional Corporation
3  12651 High Bluff Drive, Suite 300
   San Diego, CA  92130
4  Tel:  (858) 793-8500; Fax: (858) 793-8263

5  Attorneys for Claimant JP MORGAN CHASE BANK, N.A.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>          Plaintiffs,<br><br>v.<br><br>ONE 2006 MERCEDES BENZ CLS 55 AMG SEDAN, et al.,<br><br>          Defendants. | Case No:  07-2335-WQH (LSP)<br><br>**MOTION FOR ORDER ALLOWING TELEPHONIC APPEARANCE BY DEFENDANT JP MORGAN CHASE BANK, N.A.; DECLARATION OF MELISSA N. ARMSTRONG**<br><br>Complaint filed: December 13, 2007<br>ENE: 02/11/08, 10:00 a.m.<br>Honorable Leo S. Papas |
|---|---|

Claimant JP MORGAN CHASE BANK, N.A. ("JP MORGAN"), through its attorney of record, Melissa N. Armstrong of Solomon, Grindle, Silverman & Spinella, APC, respectively, by and through this Motion, hereby requests that the Court issue an order granting permission for the JP MORGAN Representative to appear telephonically at the Early Neutral Evaluation Conference currently scheduled for February 11, 2008 at 10:00 a.m. before the Honorable Leo S. Papas.

## I.

## STATEMENT OF PROCEDURAL FACTS

On December 13, 2007, the UNITED STATES OF AMERICA filed a Complaint for Forfeiture alleging violations of Title 21, United States Code, Section 881.  On January 14, 2008, JP MORGAN filed its Verified Claim asserting its interest in the defendant property a 2006 LAND ROVER RANGE ROVER, VIN SALMF13486A224651 (hereinafter, the "Vehicle").  On or about January 15, 2008, the Court served an Order Setting Early Neutral Evaluation Conference ("ENEC") scheduled for February

1

JOINT MOTION FOR ORDER ALLOWING TELEPHONIC APPEARANCE BY CLAIMANT JP MORGAN AT THE EARLY NEUTRAL EVALUATION CONFERENCE
Case No:  07cv2335WQH (NLS)

11, 2008 at 10:00 a.m. before the Honorable Leo S. Papas.

## II.

### REASON FOR REQUEST FOR TELEPHONIC APPEARANCE AT ENEC.

JP MORGAN is a national banking association with its principal place of business in the State of Arizona. Therefore, pursuant to Local Rule 16.1.c., JP MORGAN requests that it be able to appear by telephone for the ENEC on February 11, 2008. JP MORGAN will be fully available and prepared to meaningfully participate in the ENEC via telephone. JP MORGAN's counsel will be personally present at the ENEC. Counsel for the Plaintiff UNITED STATES OF AMERICA is in agreement with allowing JP MORGAN's Representative to participate in the ENEC by telephone.

Therefore, JP MORGAN requests that the JP MORGAN Representative be allowed to appear at the ENEC via telephone.

## III.

### CONCLUSION

The parties hereto, in conducting themselves in this case have not undertaken any of the actions discussed herein to delay in any manner this proceeding. The parties at all time have been acting in good faith. Therefore, the parties respectively request the following relief:

1. That JP MORGAN's Representative be allowed to appear at the ENEC via telephone;

Dated: February 4, 2008         SOLOMON, GRINDLE, SILVERMAN
                                & SPINELLA, APC


                                By: /s/ Melissa N. Armstrong, Esq.
                                    Timothy J. Silverman, Esq.
                                    Melissa N. Armstrong
                                    Attorneys for Claimant, J.P. MORGAN CHASE BANK,
                                    N.A.

# DECLARATION

I, Melissa N. Armstrong, hereby declare as follows:

1. I am employed as an attorney at Solomon, Grindle, Silverman & Spinella, APC, the attorneys of record for Claimant J.P. MORGAN CHASE BANK, N.A. I am licensed to practice before the United States District Court, Southern District of California. I make this declaration in support of the Motion that the Court issue an order allowing the representative of J. P. Morgan Chase Bank, N.A. to appear telephonically at the Early Neutral Evaluation Conference ("ENEC") scheduled for February 11, 2008, at 10:00 a.m. before the Honorable Leo S. Papas.

2. On or about January 23, 2008, in compliance with Local Rule 26.1, I spoke with Special Assistant U.S. Attorney, David M. McNees and explained that my client's principal place is business in Arizona, and that my client is seeking permission to attend the ENEC via telephone. Mr. McNees agreed to requesting that the J. P. Morgan Representative be allowed to attend the ENEC via telephone and I agreed to prepare this Motion which was submitted to Attorney McNees for review and comment.

The above-stated facts are true and correct to the best of my knowledge and belief.

Executed under penalty of perjury under the laws of the United States of America on February 4, 2008, at San Diego, California.

/s/ Melissa N. Armstrong
Melissa N. Armstrong