1  Timothy J. Silverman, SBN 145264
   Melissa N. Armstrong, SBN 213928
2  SOLOMON, GRINDLE, SILVERMAN & SPINELLA
   A Professional Corporation
3  12651 High Bluff Drive, Suite 300
   San Diego, California 92130
4  Telephone: (858) 793-8500
   Facsimile: (858) 793-8263
5
   Attorneys for Claimant JP MORGAN CHASE BANK, N.A.
6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,           )   Case No: ED 07-CV-2335WQH (LSP)
10                                     )
              Plaintiff,               )   **CERTIFICATE OF SERVICE**
11                                     )
   -vs-                                )
12                                     )
   ONE 2006 MERCEDES BENZ CLS 55       )
13 AMG SEDAN, CA LICENSE NO.           )
   5WRK364, VIN WDDDJ76X96A063392,     )
14 ITS TOOLS AND APPURTENANCES,        )
                                       )
15 ONE 2006 LAND ROVER RANGE ROVER     )
   SUV, CA LICENCE PLATE NO. 5TYZ993,  )
16 VIN SALMF13486A224651, ITS TOOLS    )
   AND APPURTENANCES,                  )
17                                     )
   ONE 2007 FORD F350 TRUCK, CA        )
18 LICENSE NO. 8F10442, VIN            )
   1FTWW33P87EA32632, ITS TOOLS AND    )
19 APPURTENANCES,                      )
                                       )
20 ONE ROLEX WATCH, MODEL NO.          )
   118235537B7385, SERIAL NO. P640864, )
21                                     )
   $8,000.00 IN U.S. CURRENCY,         )
22                                     )
   ONE 2006 SEADOO RXP WATERCRAFT,     )
23 CA LICENSE NO. 7215RH, VIN          )
   YDV33810A606, ITS TOOL AND          )
24 APPURTENANCES,                      )
                                       )
25 ONE 2005 YAHAMA WAVE RUNNER         )
   WATER CRAFT AND FETRA TRAILER,      )
26 CA LICENSE NO. 8728RD, VIN          )
   YAMA335B505, ITS TOOLS AND          )
27 APPURTENANCES,                      )
                                       )
28           Defendants.               )
   _____ )

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 12651 High Bluff Drive, Suite 300, San Diego, California 92130.

On February 4, 2008, I served the foregoing document(s) described as

MOTION FOR ORDER ALLOWING TELEPHONIC APPEARANCE BY DEFENDANT JP MORGAN CHASE BANK, N.A.; DECLARATION OF MELISSA N. ARMSTRONG; ORDER ON MOTION FOR ORDER ALLOWING TELEPHONIC APPEARANCE BY DEFENDANT JP ORGAN CHASE BANK, N.A.; DECLARATION OF MELISSA N. ARMSTRONG

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:
David M. McNees
Special Assistant U.S. Attorney
United States Attorney's Office
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
(619) 557-5979
david.mcnees@usdoj.gov

/ /  (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California. I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the U. S. Postal Service pursuant to which practice the correspondence will be deposited with the U. S. Postal Service this same day in the ordinary course of business.

/X/  (BY ELECTRONIC SERVICE) On February 4, 2008, the above-noted document(s) were electronically submitted to Lexis/Nexis/Courtlink with instructions to e-serve the above-listed part(y)ies pursuant to the Electronic Case Filing Administrative Policies and Procedures Manual of the United States District Court for the Southern District of California.

/ /  (VIA UPS NEXT DAY AIR) I caused such envelope to be placed in the UPS depository at San Diego, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with UPS on this same day at San Diego, California in the ordinary course of business.

/ /  (VIA FACSIMILE TRANSMISSION) I caused such document to be sent via facsimile transmission on this date during regular business hours to the addressee(s) as shown above.

/X/  (Federal) I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 4, 2008, at San Diego, California.

_____
Marisa Pung

2
CERTIFICATE OF SERVICE