**MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

<u>USA</u>                         v. <u>2006 MERCEDES BENZ</u>         No. <u>07-2335-WQH(LSP)</u>

<u>HON. LEO S. PAPAS</u>     <u>CT. DEPUTY J. JARABEK</u>         <u>Rptr.</u>
<u>Attorneys</u>

    <u>Plaintiffs</u>                                         <u>Defendants</u>

Claimant JP Morgan Chase Bank's Motion for Order Allowing Telephonic Appearance at ENE (18-1) is GRANTED.

DATED: February 5, 2008

                                            Hon. Leo S. Papas
                                            U.S. Magistrate Judge