1  ELLIOTT N. KANTER CSB#95054
   LAW OFFICES OF ELLIOTT N. KANTER
2  2445 5TH AVENUE, SUITE 350
   SAN DIEGO, CA 92101
3  TEL: 619-231-1883
   FAX: 619-234-4553
4
   Attorneys for DEFENDANTS/CLAIMANTS,
5  EZTOR PLACENCIA, MARGARITA PLACENCIA AND CAROLINA VARGAS

6

7

8                     UNITED STATES DISTRICT COURT

9                     SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,                    CASE NO.   07-CV-2335 WQH NLS

11         Plaintiff,

12    v.                                        **EARLY NEUTRAL EVALUATION STATEMENT**

13 ONE 2006 MERCE9DES BENZ CLS 55
   AMG SEDAN, CA LICENSE NO. 5WRK364,
14 VIN WDDDJ76X96A063392, ITS TOOLS AND
   APPURTENANCES,
15
   ONE 2006 LAND ROVER RANGE ROVER
16 SUV, CA LICENSE NO. 5TYZ993, VIN
   SALMF13486A224651, ITS TOOLS AND
17 APPURTENANCES,

18 ONE 2007 FORD F350 TRUCK, CA LICENSE
   NO. 8F10442, VIN 1FTWW33P87EA32632,
19 ITS TOOLS AND APPURTENANCES,

20 ONE ROLEX WATCH, MODEL NO.
   118235537B7385, SERIAL NO. P640864,
21
   $8,000.00 U.S. CURRENCY,
22
   ONE 2006 SEADOO RXP WATERCRAFT, CA
23 LICENSE NO. 7215RH, VIN YDV33810A606,
   ITS TOOLS AND APPURTENANCES,
24
   ONE 2005 YAMAHA WAVE RUNNER
25 WATER CRAFT AND FETRA TRAILER, CA
   LICENSE NO. 8728RD, VIN YAMA3350B505,
26 ITS TOOLS AND APPURTENANCES,

27         DEFENDANTS.

28

EARLY NEUTRAL EVALUATION STATEMENT-07-      1
CV-2335 WQH NLS

DEFENDANTS/CLAIMANTS/CLAIMANTS, through their duly authorized attorney, hereby submit the Early Neutral Evaluation Statement as follows:

All the property the government has seized, the claimants state was obtained through legitimate sources. Margarita Placencia and Carolina Vargas are sisters, Mr. Placentia is husband of Margareta Placencia. Ester and Margareta Placentia have a successful business selling used vehicles in Tijuana. Margareta Placentia and Carolina Vargas, and their family have other business interests in Mexico which earn substantial sums of money. Those businesses are legitimate. Enclosed you will find a Mexican Merchant Certificate for Mr. Placentia's father concerning the automobile company. Also attached you will find other evidence that proves these monies were obtained legally.

Further, much of the property that was seized by the government, had loans placed on it. Attached you will find other documents which reflect that information.

We respectfully request the property and monies be returned to them.

DATE:  2/8/2008

/s/ ELLIOTT N. KANTER
ELLIOTT N. KANTER, ESQ.
ATTORNEY FOR DEFENDANTS/CLAIMANTS

EARLY NEUTRAL EVALUATION STATEMENT-07-CV-2335 WQH NLS                    2

| | |
|---|---|
| SAN DIEGO SUPERIOR COURT<br>220 W. BROADWAY<br>SAN DIEGO, CA 92101 | FOR COURT USE ONLY |
| TITLE OF CASE (Abbreviated)<br>PEOPLE V. PLACENCIA | |
| ATTORNEY(S) NAME AND ADDRESS<br>ELLIOTT N. KANTER, CSB#95054<br>LAW OFFICES OF ELLIOTT N. KANTER<br>2445 5TH AVENUE, SUITE 350<br><br>SAN DIEGO, CA 92101 | |

| ATTORNEY(S) FOR:<br>DEFENDANT, EZTOR PLACENCIA | TELEPHONE:<br>619-231-1883 | HEARING DATE - TIME - DEPT. | CASE NUMBER<br>07cv2335-WQH(NLS) |
|---|---|---|---|

## DECLARATION OF SERVICE BY MAIL

I, ELENA BROOKS, declare: That I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and I am

EMPLOYED (Residing/Employed) in the County of SAN DIEGO, California, in which county the within-mentioned mailing occurred. My BUSINESS (Residence/Business) address is 2445 5TH AVENUE, SUITE 350 SAN DIEGO, CA 92101 (No., Street) (City, State). I served the following document(s) EARLY NEUTRAL EVALUATION STATEMENT
(set forth exact title of document(s))

by placing a copy thereof in a separate envelope for each addressee named hereafter, addressed to each such addressee respectively as follows:
DAVID McNEES
SPECIAL ASSISTANT U.S. ATTORNEY
880 Front Street
Room 6293
San Diego, CA 92101

UNITED STATES DISTRICT COURT

I then sealed each envelope and placed it for mailing in accord with our business' practice on 2-8, 08.

I am readily familiar with our business' practice for collecting, processing and mailing correspondence and pleadings. Such correspondence and pleadings are deposited on the same day with the U.S. Postal Service in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 2-8, 08.

(Signature)
ELENA BROOKS

**PROOF OF SERVICE BY MAIL**
**(C.C.P. 1013a and 2015.5)**

SD-72