**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

USA                              v.  2006 MERCEDES BENZ          No. 07-2335-WQH(LSP)

HON. LEO S. PAPAS        CT. DEPUTY J. JARABEK         Rptr.   2.5 H

                                    Attorneys

      Plaintiffs                                              Defendants

DAVID MCNEES                                       ELLIOTT KANTER

                                                   MELISSA ARMSTRONG


Settlement Conference held.

Counsel shall contact the Court regarding status.


DATED: February 11, 2008

                                              _____
                                              Hon. Leo S. Papas
                                              U.S. Magistrate Judge