UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ONE 2006 MERCEDES BENZ CLS 55 AMG SEDAN, et al.,<br><br>  Defendants. | Civil No. 07-2335-WQH(LSP)<br><br>ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE |

On February 11, 2008 the Court convened an Early Neutral Evaluation Conference (ENE) in the above-entitled action. Appearing were David McNees on behalf of plaintiff and Elliott Kanter on behalf of defendants. Melissa Armstrong appeared on behalf of claimant JP Morgan Chase Bank.

Settlement of the case could not be reached at the ENE and the Court therefore discussed compliance with Federal Rule of Civil Procedure, Rule 26. Based thereon, the court issues the following orders:

1. Any objections made to initial disclosure pursuant to Federal Rule of Civil Procedure, Rule 26(a)(1)(A-D) are overruled, and the parties are ordered to proceed with the initial disclosure

1  process.  Any further objections to initial disclosure will be
2  resolved as required by Rule 26.
3      2.   The Rule 26(f) conference shall be completed before
4  <u>March 17, 2008</u>;
5      3.   The date of initial disclosure pursuant to Rule
6  26(a)(1)(A-D) shall occur before <u>March 27, 2008</u>;
7      4.   A discovery plan shall be <u>lodged</u> with Magistrate Judge
8  Papas on or before <u>March 27, 2008</u>; and,
9      5.   A Case Management Conference, pursuant to Federal Rule
10 of Civil Procedure 16(b) shall be held on <u>April 3, 2008</u>, at <u>8:30 AM</u>,
11 in the chambers of Magistrate Judge Leo S. Papas.  Counsel may
12 participate by telephone conference call.  The Court will initiate
13 the conference call.
14     Failure of any counsel or party to comply with this Order
15 will result in the imposition of sanctions.
16     IT IS SO ORDERED.

DATED: February 21, 2008

Hon. Leo S. Papas
U.S. Magistrate Judge