**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

USA                            v. 2006 MERCEDES BENZ            No. 07-2335-WQH(LSP)

HON. LEO S. PAPAS      CT. DEPUTY J. JARABEK         Rptr.
                                Attorneys
       Plaintiffs                                          Defendants

The date and time of the Settlement Disposition Conference on April 16, 2008 at 4:00 PM vacated and reset for April 30, 2008 at 4:00 PM.

If a copy of a signed stipulation of dismissal cannot be provided to the chambers of Magistrate Judge Papas on or before the date indicated above, counsel shall contact the chambers of Magistrate Judge Papas at least one court day before the date indicated above, to explain the reasons therefor. Monetary sanctions shall be imposed for failure to comply with this order.

DATED: April 16, 2008

Hon. Leo S. Papas
U.S. Magistrate Judge