**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

USA _____ v. 2006 MERCEDES BENZ _____ No. 07-2335-WQH(LSP)

HON. LEO S. PAPAS        CT. DEPUTY J. JARABEK        Rptr. _____

Attorneys

Plaintiffs                                        Defendants

_____    _____

_____    _____

_____    _____

The date and time of the Settlement Disposition Conference on April 30, 2008 at 4:00 PM is vacated and reset for May 14, 2008 at 8:30 AM.

All counsel shall attend the conference in person.

DATED: April 30, 2008

_____
Hon. Leo S. Papas
U.S. Magistrate Judge