**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

USA                              v. 2006 MERCEDES BENZ           No. 07-2335-WQH(LSP)

HON. LEO S. PAPAS        CT. DEPUTY J. JARABEK        Rptr. 8:54-8:59

Attorneys

| Plaintiffs | Defendants |
|---|---|
| DAVID MCNEES | |

Settlement Disposition Conference not held because counsel for claimants Placencia and Vargas did not appear.

DATE: May 14, 2008