1
2
3
4
5
6
7

8            UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA          ) Civil No. 07-2335-WQH(LSP)
                                       )
12 |              Plaintiff,            )
                                       ) ORDER TO SHOW CAUSE
13 | v.                                 )
                                       ) (Rule 16, Fed.R.Civ.P.)
14 | ONE 2006 MERCEDES BENZ CLS 55     )
   | AMG SEDAN, et al.,                )
15 |                                    )
   |              Defendants.           
16 | _____

17

18       GOOD CAUSE APPEARING,

19       A hearing shall be held on May 27, 2008 at 9:30 AM, in

20  Courtroom G of the above-entitled Court. Elliott Kanter, counsel

21  for claimants Placencia and Vargas, shall show cause why sanctions

22  should not be imposed for failure to attend a Court ordered

23  Settlement Disposition Conference on May 14, 2008 at 8:30 AM.

24       On or before May 19, 2008, counsel for Plaintiff shall file

25  a declaration stating his efforts in trying to document the

26  settlement in this case.

27       On or before May 22, 2008, counsel for claimants Placencia

28  and Vargas shall file a declaration providing a response to this

1 | Order to Show Cause and a response to Plaintiff's counsel's
2 | declaration.
3 |
4 |        IT IS SO ORDERED.
5 |
6 | DATED: May 14, 2008
7 |
8 |                                    _____
9 |                                    Hon. Leo S. Papas
                                       U.S. Magistrate Judge