**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

<u>USA                         </u> v. <u>2006 MERCEDES BENZ      </u> No. <u>07-2335-WQH(LSP)</u>

<u>HON. LEO S. PAPAS   </u>   <u>CT. DEPUTY J. JARABEK</u>       <u>Rptr.  8:54-8:59       </u>
                                  <u>Attorneys</u>
          <u>Plaintiffs</u>                                       <u>Defendants</u>

<u>DAVID MCNEES                         </u>        

Settlement Disposition Conference not held because counsel for claimants Placencia and Vargas did not appear.

DATE: May 14, 2008