KAREN P. HEWITT
United States Attorney
DAVID M. McNEES
Special Assistant U.S. Attorney
California State Bar No. 216612
Federal Office Building
880 Front Street, Room 6293
San Diego, California  92101-8893
Telephone: (619) 557-5979
E-mail: david.mcnees@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil No. 07cv2335-WQH(LSP) |
| Plaintiff, | ) ) ) | JOINT MOTION FOR JUDGMENT OF FORFEITURE |
| v. | ) ) | |
| ONE 2006 MERCEDES BENZ CLS 55 AMG SEDAN, CA LICENSE NO. 5WRK364, VIN WDDDJ76X96A063392, ITS TOOLS AND APPURTENANCES, | ) ) ) ) ) | |
| ONE 2006 LAND ROVER RANGE ROVER SUV, CA LICENSE NO. 5TYZ993, VIN SALMF13486A224651, ITS TOOLS AND APPURTENANCES, | ) ) ) ) ) | |
| ONE 2007 FORD F350 TRUCK, CA LICENSE NO. 8F10442, VIN 1FTWW33P87EA32632, ITS TOOLS AND APPURTENANCES, | ) ) ) ) | |
| ONE ROLEX WATCH, MODEL NO. 118235537B7385, SERIAL NO. P640864, | ) ) ) | |
| $8,000.00 IN U.S. CURRENCY, | ) ) | |
| ONE 2006 SEADOO RXP WATERCRAFT, CA LICENSE NO. 7215RH, VIN YDV33810A606, ITS TOOLS AND APPURTENANCES, | ) ) ) ) | |
| ONE 2005 YAMAHA WAVE RUNNER WATER CRAFT AND FETRA TRAILER, CA LICENSE NO. 8728RD, VIN YAMA3350B505, ITS TOOLS AND APPURTENANCES, | ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

1    The United States of America, by and through its counsel, Karen P. Hewitt, United States

2    Attorney, and David M. McNees, Special Assistant U.S. Attorney, and the claimants, Eztor

3    Placencia, Margarita Placencia and Carolina Vargas (collectively, "Claimants"), and their attorney

4    of record, Elliot N. Kanter, agree as follows:

5        1.    The parties have entered into this joint motion in order to resolve the matter of the

6    seizure and forfeiture of the above-referenced defendant properties ("defendants").

7        2.    The parties have agreed to a settlement which is hereinafter described in its

8    particulars.

9        3.    The following five defendants shall be forfeited and condemned to the United States

10   pursuant to Title 21, United States Code, Section 881, and judgment shall be entered in favor of

11   the United States on its complaint:

12   ONE 2006 MERCEDES BENZ CLS 55 AMG SEDAN, CA LICENSE NO.
     5WRK364, VIN WDDDJ76X96A063392, ITS TOOLS AND APPURTENANCES,
13
     ONE ROLEX WATCH, MODEL NO. 118235537B7385, SERIAL NO. P640864,
14
     $8,000.00 IN U.S. CURRENCY,
15
     ONE 2006 SEADOO RXP WATER CRAFT, CA LICENSE NO. 7215RH, VIN
16   YDV33810A606, ITS TOOLS AND APPURTENANCES, and

17   ONE 2005 YAMAHA WAVE RUNNER WATER CRAFT AND FETRA
     TRAILER, CA LICENSE NO. 8728RD, VIN YAMA3350B505, ITS TOOLS AND
18   APPURTENANCES.

19       4.    The remaining two defendants shall be returned to Claimants through their attorney

20   of record, Elliot N. Kanter:

21   ONE 2006 LAND ROVER RANGE  ROVER SUV, CA LICENSE NO. 5TYZ993,
     VIN SALMF13486A224651, ITS TOOLS AND APPURTENANCES,
22
     ONE 2007 FORD F350 TRUCK, CA LICENSE NO. 8F10442, VIN
23   1FTWW33P87EA32632, ITS TOOLS AND APPURTENANCES.

24   Claimants shall pay $8,000.00 by certified check to the United States Marshals Service for the

25   return of the defendant 2007 Ford F350 Truck.

26       5.    The costs incurred by the United States incident to the seizure and custody of the

27   defendants shall be borne by the United States.

28   //

6.    The person or persons who made the seizures or the prosecutor shall not be liable to suit or judgment on account of such seizures in accordance with Title 28, United States Code, Section 2465. Claimants agree that by entering into this joint motion, they have not "substantially prevailed" within the meaning of 28 U.S.C. § 2465. All parties shall bear their own costs and expenses, including attorney fees.

7.    Claimants warrant and represent as a material fact that they are the sole owners of the defendants, and further warrant that no other person or entity has any right, claim or interest in the defendants, and that they will defend and indemnify the United States against any and all claims made against it on account of the seizure and forfeiture of the defendants.

8.    The claimants, their agents, employees, or assigns, shall hold and save harmless the United States of America, its agents and employees, from any and all claims which might result from the seizure of the defendants.

//

//

//

1    9.    Following forfeiture of the United States' portion and distribution of the Claimants'

2    portion of the defendants as described above, the case shall be closed.

3    DATED: 5/15/08

4                                              KAREN P. HEWITT
                                               United States Attorney
5
6

7    DAVID M. McNEES
     Special Assistant U.S. Attorney
     Attorneys for Plaintiff
8    United States of America
     E-mail: david.mcnees@usdoj.gov
9

10

11   DATED:    4-8-08

12                                             EZTOR PLACENCIA
                                               Claimant
13

14   DATED:    4-15-08

15                                             MARGARITA PLACENCIA
                                               Claimant
16

17   DATED:    4-15-08

18                                             CAROLINA VARGAS
                                               Claimant
19

20   DATED:    4-16-08

21                                             ELLIOT N. KANTER
                                               Attorney for Claimants
22

23

24

25

26

27

28

                                          4                              07cv2335