**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

<u>USA</u>                              v. <u>ONE 2006 MERCEDES BENZ</u>        No. <u>07-2335-WQH(LSP)</u>

<u>HON. LEO S. PAPAS</u>      <u>CT. DEPUTY J. JARABEK</u>        <u>Rptr.                        </u>

<u>                      Attorneys                      </u>

<u>     Plaintiffs     </u>                                   <u>     Defendants     </u>

<u>                                   </u>                    <u>                                   </u>

<u>                                   </u>                    <u>                                   </u>

<u>                                   </u>                    <u>                                   </u>

The Order To Show Cause issued on May 14, 2008 is hereby modified as follows:

Counsel for Plaintiff and Claimants shall not file declarations as previously ordered.


DATED: May 15, 2008

                                                    _____
                                                    Hon. Leo S. Papas
                                                    U.S. Magistrate Judge