**MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

USA                              v. 2006 MERCEDES BENZ            No. 07-2335-WQH(LSP)

HON. LEO S. PAPAS    CT. DEPUTY J. JARABEK        Rptr. _____

                                    Attorneys

     Plaintiffs                                            Defendants

The Settlement Disposition Conference set for May 27, 2008 at 9:30 a.m. is vacated.  Dismissal received.

The OSC set for May 27, 2008 at 9:30 a.m. remains on calendar.

DATED: May 19, 2008

_____
Hon. Leo S. Papas
U.S. Magistrate Judge