## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

USA                              v. 2006 MERCEDES BENZ           No. 07-2335-WQH(LSP)

HON. LEO S. PAPAS     CT. DEPUTY J. JARABEK        Rptr.

Attorneys

Plaintiffs                                                Defendants

The hearing on the Order to Show Cause, set for May 27, 2008 at 9:30 a.m., is vacated.

DATED: May 27, 2008

Hon. Leo S. Papas
U.S. Magistrate Judge