# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 07cv2335 WQH (LSP) |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| ONE 2006 MERCEDES BENZ CLS 55 AMG SEDAN, CA LICENSE NO. 5WRK364, VIN WDDDJ76X96A063392, ITS TOOLS AND APPURTENANCES, et al., | |
| Defendants. | |

Hayes, Judge:

Having reviewed the foregoing Joint Motion for Judgment of Forfeiture (Doc. # 30) and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

The Joint Motion is approved.

1. The following five defendants are hereby forfeited and condemned to the United States pursuant to Title 21, United States Code, Section 881. Judgment is entered in favor for the United States on its complaint:

> ONE 2006 MERCEDES BENZ CLS 55 AMG SEDAN, CA LICENSE NO. 5W6K364, VIN WDDDJ76X96A063392, ITS TOOLS AND APPURTENANCES,
>
> ONE ROLEX WATCH, MODEL NO. 118235537B7385, SERIAL NO. P640864,
>
> $8,000.00 IN U.S. CURRENCY,

        ONE 2006 SEADOO RXP WATER CRAFT, CA LICENSE NO. 7215RH, VIN YDV33810A606, ITS TOOLS AND APPURTENANCES, and

        ONE 2005 YAMAHA WAVE RUNNER WATER CRAFT AND FETRA TRAINER, CA LICENSE NO. 872RD, VIN YAMA3350B505, ITS TOOLS AND APPURTENANCES.

2.     The remaining two defendants shall be returned to Claimants through their attorney of record, Elliot N. Kanter:

        ONE 2006 LAND ROVER RANGE ROVER SUV, CA LICENSE NO. 5TYZ993, VIN SALMF13486A224651, ITS TOOLS AND APPURTENANCES,

        ONE 2007 FORD F350 TRUCK, CA LICENSE NO. 8F10442, VIN 1FTWW33P87EA32632, ITS TOOLS AND APPURTENANCES.

3.     Claimants shall pay $8,000.00 by certified check to the United States Marshals Service ("USMS") for the return of the 2007 Ford F350 Truck.

4.     The costs incurred by the United States incident to the seizure and custody of the defendants shall be borne by the United States.

5.     The person or persons who made the seizures or the prosecutor shall not be liable to suit or judgment on account of such seizures in accordance with Title 28, United States Code, Section 2465. Claimants agree that by entering into the joint motion, they have not "substantially prevailed" within the meaning of 28 U.S.C. § 2465. All parties shall bear their own costs and expenses, including attorney's fees.

6.     Claimants warrant and represent as a material fact that they are the sole owners of the defendants and further warrant that no other person or entity has any right, claim or interest in the defendants, and that they will defend and indemnify the United States against any and all claims made against it on account of the seizure and forfeiture of the defendants.

///

///

///

///

7. The claimants, their agents, employees, or assigns, shall hold and save harmless the United States of America, its agents and employees, from any and all claims which might result from the seizure of the defendants.

8. Following forfeiture of the United States' portion and distribution of the Claimants' portion of the defendants as described above, the case shall be closed.

Let judgment be entered accordingly.

DATED: June 2, 2008

**WILLIAM Q. HAYES**
United States District Judge