U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>07cv2335-WQH(LSP) |
|---|---|
| DEFENDANT<br>ONE 2006 MERCEDES BENZ CLS 55AMG SEDAN, et al. | TYPE OF PROCESS<br>DISPOSITION |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
DRUG ENFORCEMENT ADMINISTRATION

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
4560 VIEWRIDGE AVENUE, SAN DIEGO, CALIFORNIA 92123-1637

FILED 2008 JUN -6 AM 8:30 CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY ____ DEPUTY

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

DAVID M. McNEES, Special Assistant United States Attorney
Office of the United States Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)

DEA Case No. R2-06-0364; CATS IDs 07-DEA-486198, 486203, 486192, 486255, 486215, 486229, 486228

Attached are four copies of the Order for Judgment of Forfeiture, along with four copies of the Joint Motion. Please distribute the defendants according to the terms of the Order and according to law. Claimants' portion of the defendants are to be returned to Eztor Alberto Placencia and Margarita Placencia through their attorney of record, Elliot N. Kanter, 2445 Fifth Avenue, Ste. 350, San Diego, CA 92101, (619) 231-1883.

Signature of Attorney or other Originator requesting service on behalf of: _David M. McNees_ DAVID M. McNEES [SAUSA]  ☒ PLAINTIFF  ☐ DEFENDANT  TELEPHONE NUMBER (619) 557-5125  DATE 6/2/08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. 1 | District of Origin No. 98 | District to Serve No. 98 | Signature of Authorized USMS Deputy or Clerk | Date 6/3/08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).
Riccardo Spellman, Investigative Asst.

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service 6/4/08  Time 2:00 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or Amount or Refund |
|---|---|---|---|---|---|

REMARKS:

PRIOR EDITIONS MAY BE USED     SEND ORIGINAL + 2 COPIES to USMS.     FORM USM 285 (Rev. 12/15/80)

1. CLERK OF COURT  2. USMS Record  3. Notice of Service  4. Billing Statement  5. Acknowledgment of Receipt